UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN, et al.,            ) | |
|                                              ) | Case No. 5:09-cv-00230-cr |
|                  Plaintiffs,     ) | |
|                                              ) | Judge Christina Reiss |
| v.                                          ) | |
| DAIRY FARMERS OF AMERICA, INC.,     ) | |
| et al.,                                       ) | |
|                Defendants.   ) | |

## DISCOVERY CERTIFICATE

I hereby certify that on September 29, 2010, Defendant Dean Foods Company's

Defendant Dean Foods Company's Responses and Objections to Plaintiffs' Amended

First Set of Document Requests for All Defendants were served by electronic mail on the

following attorneys of record:

| | |
|---|---|
| Charles E. Tompkins | Benjamin D. Brown |
| Todd S. Heyman | Daniel A. Small |
| SHAPIRO HABER & URMY LLP | Kit A. Pierson |
| 53 State Street | Brent W. Johnson |
| Boston, MA  02109-2802 | COHEN MILSTEIN SELLERS & |
| Tel: (617) 439-3939 | TOLL, PLLC |
| ctompkins@shulaw.com | 1100 New York Avenue, N.W. |
| theyman@shulaw.com | Suite 500, West Tower |
| | Washington, D.C.  20005 |
| | Tel. (202) 408-4600 |
| | bbrown@cohenmilstein.com |
| | dsmall@cohenmilstein.com |
| | kpierson@cohenmilstein.com |
| | bjohnson@cohenmilstein.com |

| | |
|---|---|
| Andrew D. Manitsky<br>GRAVEL AND SHEA, A PROFESSIONAL CORPORATION<br>76 St. Paul Street, 7th Floor<br>PO Box 369<br>Burlington, VT  05402-0369<br>Tel:  (802) 658-0220<br>aminitsky@gravelshea.com | Robert G. Abrams<br>Gregory J. Commins, Jr.<br>HOWREY LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC  20004<br>Tel:  (202) 783-0800<br>AbramsR@howrey.com<br>ComminsG@howrey.com |
| J. Douglas Richards<br>George F. Farah<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, Fourteenth Floor<br>New York, NY  10005<br>Tel:  (212) 838-7797<br>drichards@cohenmilstein.com<br>gfarah@cohenmilstein.com | Steven R. Kuney<br>Kevin Hardy<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005<br>Tel:  (202) 434-5000<br>skuney@wc.com<br>Khardy@wc.com |
| W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, D.C. 20037<br>Tel: (202) 663-7820<br>tmiller@bakerandmiller.com | Elizabeth Hawkins Miller<br>SPINK & MILLER<br>One Lawson Lane<br>Burlington, VT  05401<br>emiller@spinkmiller.com |

Dated:  September 29, 2010

*/s/ Paul D. Frangie*
Paul D. Frangie