Case 5:09-cv-00230-cr   Document 99   Filed 10/14/10   Page 1 of 3

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2010 OCT 14  PM 12: 33

BY _____
                DEPUTY CLERK

ALICE H. ALLEN AND LAURENCE E. ALLEN, )
d/b/a Al-lens Farm,                    )
GARRET SITTS and RALPH SITTS,          )
on behalf of themselves                )
and all others similarly situated,     )
                        Plaintiffs,    )
                                       )     Docket No. 5:09-cv-00230
        v.                             )
                                       )     Judge Christina Reiss
DAIRY FARMERS OF AMERICA, INC.,        )
DAIRY MARKETING SERVICES, LLC,         )
DEAN FOODS COMPANY, and                )
HP HOOD LLC,                           )
                        Defendants.    )

## JOINT STIPULATION REGARDING MOTION FOR LEAVE TO FILE
## THE CONSOLIDATED AMENDED COMPLAINT

Defendants have informed Plaintiffs of certain factual errors in Plaintiffs' Proposed

Consolidated Amended Complaint.  Plaintiffs have advised Defendants that Plaintiffs intend to

make certain corrections and revisions to the Proposed Consolidated Amended Complaint

("CAC"), and that they will withdraw the pending motion for leave, and file a new motion for

leave along with a Revised Proposed CAC.  Defendants do not object to this, and the parties

jointly stipulate that, subject to the Court's approval, Plaintiffs may withdraw their pending

motion for leave, and file a new motion for leave, along with a Revised Proposed CAC on or

before October 15, 2010.  Defendants' time to respond to the new motion for leave shall run

from the date of its filing.

Plaintiffs hereby withdraw the motion for leave to file the CAC that Plaintiffs filed under

seal on September 29, 2010, and the redacted version filed on October 6, 2010 (Dkt. No. 96).

With leave of Court, Plaintiffs shall file their motion for leave and Proposed Revised CAC no later than October 15, 2010.

Dated: October 13, 2010

Respectfully submitted,

/s/ Paul Friedman
PAUL T. DENIS
PAUL H. FRIEDMAN
PAUL D. FRANGIE
DECHERT LLP
1775 I Street, N.W.
Washington, DC, 20006
Tel: (202) 261-3300
Paul.denis@dechert.com
Paul.friedman@dechert.com
Paul.frangie@dechert.com

CAROLYN H. FEENEY
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Carolyn.feeney@dechert.com

JOHN T. SARTORE
PAUL FRANK COLLINS PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
Fax: (802) 658-0042
jsartore@pfclaw.com

*Counsel for Defendant Dean Foods Company*

/s/ Steven R. Kuney
STEVEN R. KUNEY
KEVIN HARDY
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

/s/ Kit A. Pierson
BENJAMIN D. BROWN
DANIEL A. SMALL
KIT A. PIERSON
BRENT W. JOHNSON
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:    (202) 408-4600
Facsimile:    (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com

ROBERT G. ABRAMS
GREGORY J. COMMINS, JR.
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 783-0800
Facsimile:    (202) 383-6610
AbramsR@howrey.com
ComminsG@howrey.com

J. DOUGLAS RICHARDS
GEORGE F. FARAH
COHEN MILSTEIN SELLERS
    & TOLL PLLC
88 Pine Street
Fourteenth Floor
New York, NY 10005
Telephone:    (212) 838-7797
Facsimile:    (212) 838-7745
drichards@cohenmilstein.com
gfarah@cohenmilstein.com

/s/ Andrew D. Manitsky
ANDREW D. MANITSKY, ESQ.
GRAVEL AND SHEA, A PROFESSIONAL

(202) 434-5000
Fax: (202) 434-5029
skuney@wc.com
khardy@wc.com

W. TODD MILLER
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20037
(202) 663-7820
Fax: (202) 663-7849
tmiller@bakerandmiller.com

ELIZABETH HAWKINS MILLER, ESQ.
SPINK AND MILLER
One Lawson Lane
Burlington, VT 05401
emiller@spinkmiller.com

*Counsel for Defendants Dairy Farmers of
America, Inc. and Dairy Marketing
Services, LLC*

CORPORATION
76 St. Paul St., 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

*Counsel for Plaintiffs and the Proposed
Class*

SO ORDERED this 14th day of October 2010.

THE HONORABLE CHRISTINA REISS
UNITED STATES DISTRICT COURT JUDGE