UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, d/b/a Al-lens Farm, VINCE NEVILLE, GARRET SITTS and RALPH SITTS, JONATHAN AND CLAUDIA HAAR, and DONNA HALL on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>DAIRY FARMERS OF AMERICA, INC., DAIRY MARKETING SERVICES, LLC, and DEAN FOODS COMPANY.<br><br>       Defendants. | Docket No. 5:09-cv-00230-cr<br><br>Judge Christina Reiss |

## MOTION FOR PRELIMINARY APPROVAL OF
## PROPOSED SETTLEMENT WITH DEAN FOODS COMPANY

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff class representatives Alice H. Allen and Laurence E. Allen, Vince Neville, Garret Sitts and Ralph Sitts, Jonathan Haar and Claudia Haar, and Donna Hall (collectively, "Plaintiffs") hereby move for an Order granting preliminary approval of the settlement reached between Plaintiffs and Defendant Dean Foods Company ("Dean"). The settlement terms are memorialized in the Settlement Agreement entered into by the parties on December 7, 2010.

Plaintiffs respectfully request that the Court:

(a) Grant preliminary approval of the proposed Settlement of this litigation between Plaintiffs on behalf of the Settlement Class and Defendant Dean;

(b) Certify the proposed Settlement Class;

(c) Appoint Cohen Milstein Sellers & Toll PLLC and Howrey LLP as Settlement Class Counsel;

(d) Approve forms of class Notice to be provided to Settlement Class members;

(e) Authorize dissemination of the Notice to Settlement Class members and publication of the Summary Notice;

(f) Schedule a hearing before the Court to determine whether the proposed Settlement should be granted final approval and whether an application by Class Counsel for an award of attorneys' fees and payment of costs and expenses should be granted approval; and

(g) Grant a stay of all proceedings in the Action against Dean.

This motion is made on the ground that the settlement for $30,000,000.00 and Dean's agreement to modify its purchasing practices for the purchase of raw milk in the Northeast is fair, reasonable, and adequate to the Settlement Class, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. This motion is based on the Settlement Agreement with Dean (submitted herewith), the Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement with Dean (submitted herewith), all pleadings filed in this case, and such additional evidence or argument as may be presented to the Court.

Dated: December 23, 2010   Respectfully submitted,

   /s/ Kit A. Pierson_____

| | |
|---|---|
| ANDREW D. MANITSKY, ESQ.<br>GRAVEL AND SHEA, A PROFESSIONAL CORPORATION<br>76 St. Paul St., 7th Floor, P.O. Box 369<br>Burlington, VT 05402-0369<br>(802) 658-0220<br>amanitsky@gravelshea.com<br><br>ROBERT G. ABRAMS<br>GREGORY J. COMMINS, JR.<br>HOWREY LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC   20004<br>Telephone:   (202) 783-0800<br>Facsimile:   (202) 383-6610<br>AbramsR@howrey.com<br>ComminsG@howrey.com<br><br>CHARLES E. TOMPKINS, ESQ.<br>TODD S. HEYMAN, ESQ.<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109-2802<br>(617) 439-3939<br>ctompkins@shulaw.com<br>theyman@shulaw.com | KIT A. PIERSON<br>DANIEL A. SMALL<br>BENJAMIN D. BROWN<br>BRENT W. JOHNSON<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Telephone:   (202) 408-4600<br>Facsimile:   (202) 408-4699<br>bbrown@cohenmilstein.com<br>dsmall@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br><br>GEORGE F. FARAH<br>COHEN MILSTEIN SELLERS & TOLL, PLLC<br>88 Pine Street, 14th Floor<br>New York, NY   10005<br>Telephone:   (212) 838-7797<br>Facsimile:   (212) 838-7745<br>gfarah@cohenmilstein.com |

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I certify, this 23rd day of December, 2010, that notice of the filing of the

**MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEAN FOODS COMPANY**

was served via operation of the electronic filing system of the U.S. District Court for the

District of Vermont on December 23, 2010, or via other means on December 23, 2010,

on the following attorneys:

JOHN T. SARTORE
PAUL FRANK COLLINS PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
Fax: (802) 658-0042
jsartore@pfclaw.com

PAUL T. DENIS
PAUL H. FRIEDMAN
PAUL D. FRANGIE
DECHERT LLP
1775 I Street, N.W.
Washington, DC, 20006
Tel: (202) 261-3300
Paul.denis@dechert.com
Paul.friedman@dechert.com
Paul.frangie@dechert.com

CAROLYN H. FEENEY
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Carolyn.feeney@dechert.com

STEVEN R. KUNEY
KEVIN HARDY
WILLIAMS & CONNOLLY LLP
725 Twelth Street, N.W.
Washington, D.C. 20005

ANDREW D. MANITSKY, ESQ.
GRAVEL AND SHEA, A PROFESSIONAL
  CORPORATION
76 St. Paul St., 7th Floor, P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

ROBERT G. ABRAMS
GREGORY J. COMMINS, JR.
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC   20004
Telephone:     (202) 783-0800
Facsimile:     (202) 383-6610
AbramsR@howrey.com
CominsG@howrey.com

BENJAMIN D. BROWN
DANIEL A. SMALL
KIT A. PIERSON
BRENT W. JOHNSON
COHEN MILSTEIN SELLERS
   & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC   20005
Telephone:     (202) 408-4600
Facsimile:     (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com

J. DOUGLAS RICHARDS
GEORGE F. FARAH

(202) 434-5000
Fax: (202) 434-5029
skuney@wc.com
khardy@wc.com

W. TODD MILLER
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20037
(202) 663-7820
Fax: (202) 663-7849
tmiller@bakerandmiller.com

STEVEN J. ROSENBAUM , ESQ.
JAMES R. DEAN , JR.
JEFFREY H. LERNER , ESQ.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401
(202) 662-6000
Fax: (202) 778-5651
srosenbaum@cov.com
jdean@cov.com
jlerner@cov.com

JANE OSBORNE MCKNIGHT
JANE OSBORNE MCKNIGHT, PLC
207 Webster Road
Shelburne, VT 05482
(802) 985-3800
Fax: (802) 985-3828
jane@mcknightlaw.com

ELIZABETH HAWKINS MILLER, ESQ.
SPINK AND MILLER
One Lawson Lane
Burlington, VT 05401
emiller@spinkmiller.com

COHEN MILSTEIN SELLERS
   & TOLL, PLLC
88 Pine Stret
New York, NY   10022
Telephone:     (212) 838-7797
Facsimile:     (212) 838-7745
drichards@cohenmilstein.com
gfarah@cohenmilstein.com

CHARLES E. TOMPKINS, ESQ.
TODD S. HEYMAN, ESQ.
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109-2802
(617) 439-3939
ctompkins@shulaw.com
theyman@shulaw.com

/s/ George F. Farah