# EXHIBIT B-2

Exhibit B-2

Legal Notice

# If Your Farm Produced Grade A Milk In the Northeast Since 2002

**You Could Get Money from a Class Action Settlement**

A $30 million Settlement with Dean Foods Company ("Dean") has been reached in a class action involving the price of raw Grade A milk that was produced and sold in the Northeast. The litigation is continuing against the other Defendants, Dairy Farmers of America, Inc. ("DFA") and Dairy Marketing Services, LLC ("DMS").  If approved by the Court, the Settlement will provide payments to dairy farmers who submit valid claim forms and you may be eligible.  The Settlement will also result in certain changes in Dean's purchasing practices.

### What is the Case About?

The lawsuit claims that Dean, DFA and DMS violated federal antitrust law and that as a result the prices paid to dairy farmers in Order 1 for raw Grade A milk were lower than they otherwise would have been.  Order 1 includes Connecticut, New Hampshire, Vermont, Massachusetts, Rhode Island, New Jersey, Delaware, and parts of New York, Pennsylvania, Maryland, and Virginia.  The Defendants deny that they did anything wrong.

### Who is Included in the Class?

In general, all dairy farmers, whether individuals, entities, or members of cooperatives, who produced raw Grade A milk in Order 1 **and** pooled raw Grade A milk on Order 1 during any time from January 1, 2002 to [Notice Date] are members of the Dean Settlement Class.

### What Does the Settlement Provide?

Dean has agreed to pay $30 million into a Settlement Fund. After deducting attorneys' fees, costs, and other fees and expenses, the net Settlement Fund will be distributed to Class Members who file valid claims.  The Settlement will also result in certain changes in Dean's purchasing practices.

### How to Get a Payment?

You must submit a Claim Form to get a payment. You can get a Claim Form at www.NEDairySettlement.com or by calling 1-800-000-0000. The deadline to submit a Claim Form is **Month 00, 2011**.  The amount of money you may receive cannot be calculated at this time. It will depend on the amount of raw Grade A milk you produced in and pooled on Order 1 from January 1, 2002 to [Notice Date] as well as the number of valid claims that are received, and the fees, costs and expenses the Court approves.  We don't know how many people will file claims.  However, if 8,000 dairy farmers file a valid claim, the **average payment** per farmer is estimated to be approximately **$2,500**. Your payment could be more or less than $2,500 depending on the amount of raw Grade A milk you produced and pooled on Order 1.

### Your Other Rights.

If you do nothing, you will be legally bound by the Settlement, your rights will be affected and you will not be able to sue Dean for any claim relating to the lawsuit. If you do not want to be legally bound by the Settlement, you may exclude yourself from it by **Month 00, 2011**. If you stay in the Settlement, you may object to it by **Month 00, 2011**. The Court will hold a hearing on **Month 00, 2011** to consider whether to approve the Settlement and a request by the Class lawyers for up to one-third of the settlement amount ($10 million) in attorneys' fees, plus costs, expenses, and incentive fees for the dairy farmers who brought the lawsuit. You do not need to attend the hearing.  If you wish, you or your own lawyer may ask to appear and speak at the hearing at your own cost.

**For More Information and a Claim Form:**
**Call: 1-800-000-0000, Visit: www.NEDairySettlement.com**