UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., <br> DAIRY MARKETING SERVICES, LLC, <br> and DEAN FOODS COMPANY, <br><br> Defendants. | Civil Action No. 5:09-CV-00230 |

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that I have forwarded copies of the *Opposition to Motion for Preliminary Approval of Proposed Settlement with Dean Foods Company, Motion to Intervene for the Limited Purpose of Objecting to Preliminary Approval of Class Action Settlement, and Memorandum of Law in Support of Motion to Intervene for the Limited Purpose of Objecting to Preliminary Approval of Class Action Settlement,* by hand delivery to the Clerk of the Court, by first class mail, postage prepaid, or by hand delivery where indicated, to the following on the date stated below:

John T. Sartore, Esq.
Paul Frank Collins PC
P.O. Box 1307
Burlington, VT 05402-1307

Andrew D. Manitsky, Esq.
Gravel and Shea
76 St. Paul Street
Burlington, VT 05402-0369
**Via Hand Delivery**

Paul T. Denis
Paul H. Friedman
Paul D. Frangie
Dechert LLP
1775 I Street, N.W.
Washington, DC 20006

Robert G. Abrams
Gregory J. Commins, Jr.
Craig D. Minerva, Esq.
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Carolyn H. Feeney, Esq.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808

R. Jeffrey Behm, Esq.
Ian Carleton, Esq.
Sheehey Furlong & Behm PC
30 Main Street
Burlington, VT  05402-0066
**Via Hand Delivery**

Steven R. Kuney, Esq.
Kevin Hardy, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

J. Douglas Richards, Esq.
George F. Farah, Esq.
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY  10005

W. Todd Miller, Esq.
Amber L. McDonald, Esq.
Baker & Miller PLLC
2401 Pennsylvania Ave., N.W., Ste 300
Washington, DC  20037

Charles E. Tompkins, Esq.
Todd S. Heyman, Esq.
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA  02109-2802

Benjamin D. Brown, Esq.
Daniel A. Small, Esq.
Kit A. Pierson, Esq.
Brent W. Johnson, Esq.
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC  20005

Dated at Burlington, Vermont, this 18th day of January, 2011.

**INTERVENORS**
**Bryan Davis, Reg Chaput, Rendell Tullar, John Gorton, Harold Howrigan, Jr., Louis Aragi, Jr., Clark Hinsdale, III, Thomas Quint and Clement Gervais**

By: _____
Gary L. Franklin
Kevin Henry
Primmer Piper Eggleston & Cramer PC
150 South Champlain St.
P.O. Box 1489
Burlington, VT 05402-1489
(802) 864-0880
*gfranklin@ppeclaw.com*
*khenry@ppeclaw.com*