U.S DISTRICT COURT
DISTRICT OF VERMONT
FILED

2011 JAN 18 PM 4:55

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, d/b/a Al-lens Farm, VINCE NEVILLE, GARRET SITTS and RALPH SITTS, JONATHAN AND CLAUDIA HAAR, and DONNA HALL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., DAIRY MARKETING SERVICES, LLC, and DEAN FOODS COMPANY,<br><br>Defendants. | Docket No. 5:09-cv-00230-cr<br><br>Judge Christina Reiss |

## MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF BEING HEARD ON THE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23(d)(1)(B), 24(a)(2) or, in the alternative 24(b)(2), Donald Risser and Lee Ramsburg (collectively "Intervener Dairy Farmers") move to intervene for the limited purpose of objecting to and raising concerns regarding preliminary approval of proposed settlement with Dean Foods Company ("Dean"). The reasons supporting this motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference as if set forth fully herein.

WHEREFORE, the Intervener Dairy Farmers respectfully request that the Court grant their motion to intervene for the limited purpose of objecting and raising concerns regarding preliminary approval of the proposed settlement with Dean.

Respectfully submitted,

Dated January 18, 2011

*[signature]*

Jacqueline A. Hughes
Kimbell Storrow Buckley Hughes LLP
26 State Street, Suite 8
Montpelier, VT 05602
Phone: (802) 229-2900, ext. 114
Fax: (802) 229-5110
Email: jhughes@kimbell-storrow.com

- and -

Brian P. Downey
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
Phone: (717) 255-1155
Fax:        (717) 238-0575
Email: downeyb@pepperlaw.com
*Pro Hac Vice Motion Being Filed*

*Counsel for Donald Risser and Lee Ramsburg*