UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, d/b/a Al-lens Farm, VINCE NEVILLE, GARRET SITTS and RALPH SITTS, JONATHAN AND CLAUDIA HAAR, and DONNA HALL on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., DAIRY MARKETING SERVICES, LLC, and DEAN FOODS COMPANY,<br><br>    Defendants. | Docket No. 5:09-cv-00230-cr<br><br>Judge Christina Reiss |

## ORDER

AND NOW, this ___ day of _____, 2011, upon consideration of the motion of Donald Risser and Lee Ramsburg (collectively "Intervener Dairy Farmers") to intervene for the limited purpose of objecting to and raising concerns regarding preliminary approval of the Plaintiffs' proposed settlement with Dean Foods Company and any opposition thereto, it is hereby ORDERED that said motion is GRANTED.

                BY THE COURT:

                _____
                Reiss, C.J.