## CERTIFICATE OF SERVICE

I, Jacqueline A. Hughes, hereby certify that notice of the filing of the Motion to Intervene for the Limited Purpose of Being Heard on the Preliminary Approval of Class Action Settlement, and Memorandum of Law in Support thereof, were served via operation of the electronic filing system of the U.S. District Court for the District of Vermont on January 18, 2011, or via other means on January 18, 2011, on the following attorneys:

JOHN T. SARTORE
PAUL FRANK COLLINS PC
1 Church Street
P.O. Box 1307
Burlington, VT 05402-1307
(802) 658-2311
Fax: (802) 658-0042
jsartore@pfclaw.com

PAUL T. DENIS
PAUL H. FRIEDMAN
PAUL D. FRANGIE
DECHERT LLP
1775 I Street, N.W.
Washington, DC, 20006
Tel: (202) 261-3300
Paul.denis@dechert.com
Paul.friedman@dechert.com
Paul.frangie@dechert.com

CAROLYN H. FEENEY
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Carolyn.feeney@dechert.com

ANDREW D. MANITSKY, ESQ.
GRAVEL AND SHEA, A PROFESSIONAL
 CORPORATION
76 St. Paul St., 7th Floor,
P.O. Box 369
Burlington, VT 05402-0369
(802) 658-0220
amanitsky@gravelshea.com

ROBERT G. ABRAMS
GREGORY J. COMMINS, JR.
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004
Telephone:  (202) 783-0800
Facsimile:  (202) 383-6610
AbramsR@howrey.com
CommlnsG@howrey.com

BENJAMIN D. BROWN
DANIEL A. SMALL
KIT A. PIERSON
BRENT W. JOHNSON
COHEN MILSTEIN SELLERS
 & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
bbrown@cohenmilstein.com
dsmall@cohenmilstein.com
kpierson@cohenmilstein.com
bjohnson@cohenmilstein.com

| | |
|---|---|
| STEVEN R. KUNEY<br>KEVIN HARDY<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br>Fax: (202) 434-5029<br>skuney@wc.com<br>khardy@wc.com | J. DOUGLAS RICHARDS<br>GEORGE F. FARAH<br>COHEN MILSTEIN SELLERS<br> & TOLL, PLLC<br>88 Pine Street<br>New York, NY  10022<br>Telephone:  (212) 838-7797<br>Facsimile:  (212) 838-7745<br>drichards@cohenmilstein.com<br>gfarah@cohenmilstein.com |
| W. TODD MILLER<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, D.C. 20037<br>(202) 663-7820<br>Fax: (202) 663-7849<br>tmiller@bakerandmiller.com | CHARLES E. TOMPKINS, ESQ.<br>TODD S. HEYMAN, ESQ.<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109-2802<br>(617) 439-3939<br>ctompkins@shulaw.com<br>theyman@shulaw.com |
| STEVEN J. ROSENBAUM , ESQ.<br>JAMES R. DEAN , JR.<br>JEFFREY H. LERNER, ESQ.<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2401<br>(202) 662-6000<br>Fax: (202) 778-5651<br>srosenbaum@cov.com<br>jdean@cov.com<br>jlerner@cov.com | ELIZABETH HAWKINS MILLER, ESQ.<br>SPINK AND MILLER<br>One Lawson Lane<br>Burlington, VT 05401<br>emiller@spinkmiller.com |
| JANE OSBORNE MCKNIGHT<br>JANE OSBORNE MCKNIGHT, PLC<br>207 Webster Road<br>Shelburne, VT 05482<br>(802) 985-3800<br>Fax: (802) 985-3828<br>jane@mcknightlaw.com | |

_____
Jacqueline A. Hughes