UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, ) <br> d/b/a Al-lens Farm, ) <br> GARRET SITTS and RALPH SITTS, and ) <br> JONATHAN and CLAUDIA HAAR ) <br> on behalf of themselves ) <br> and all others similarly situated, ) <br>   ) <br> Plaintiffs. ) <br>   ) <br> v.   ) <br>   ) <br> DAIRY FARMERS OF AMERICA, INC., ) <br> DAIRY MARKETING SERVICES, LLC, and ) <br> DEAN FOODS COMPANY, ) <br>   ) <br> Defendants. ) | Docket No. 5:09-cv-00230-cr |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**<u>SETTLEMENT WITH DEAN FOODS COMPANY</u>**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiff class representatives Alice H. Allen and Laurence E. Allen, Garret Sitts and Ralph Sitts, and Jonathan Haar and Claudia Haar, on behalf of themselves and the certified Dean Settlement Class, hereby move for an Order judgment and final order approving the Settlement with Defendant Dean Foods Company ("Dean"). In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law and exhibits submitted herewith.

Dated: July 11, 2011            Respectfully submitted,

           /s/ *Brent W. Johnson*
Benjamin D. Brown, Esq.
Kit A. Pierson, Esq.
Daniel A. Small, Esq.
Brent W. Johnson, Esq.
Emmy L. Levens, Esq.
Cohen Milstein Sellers & Toll, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
bbrown@cohenmilstein.com
kpierson@cohenmilstein.com
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com

Andrew D. Manitsky, Esq.
Gravel and Shea PC
76 St. Paul Street, 7th Floor, P. O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
amanitsky@gravelshea.com

Robert G. Abrams, Esq.
Gregory J. Commins, Jr., Esq.
Baker Hostetler
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5304
202-862-1500
rabrams@bakerlaw.com
gcommins@bakerlaw.com

Charles E. Tompkins, Esq.
Rachel M. Brown, Esq.
Shapiro Haber & Urmy LLP
53 State Street
Boston, MA 02109-2802
(617) 439-3939
ctompkins@shulaw.com
rbrown@shulaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I, Brent W. Johnson, hereby certify that on July 11, 2011, I electronically filed with the Clerk of Court the following documents: **Plaintiffs' Motion for Final Approval of Settlement with Dean Foods Company**, using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all registered parties.


Dated July 11, 2011                                          *Brent W. Johnson*_____