## **CERTIFICATE OF SERVICE**

I, Brent W. Johnson, hereby certify that on July 11, 2011, I electronically filed with the Clerk of Court the following document: **Memorandum in Support of Plaintiffs' Motion for Final Approval of Settlement with Dean Foods**, using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all registered parties.


Dated July 11, 2011                                             *Brent W. Johnson*_____

1157447.1 1