UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC, <br><br> Defendants. | Civil Action No. 5:09-CV-00230 |

## JOINT NOTICE REGARDING THE DEPOSITION OF DR. RAUSSER

Pursuant to the Court's Order and Opinion, dated January 18, 2013, Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC advised Plaintiffs of their intention to re-depose Dr. Rausser. After conferring, the parties agreed that that deposition will take place in Washington, D.C. on May 16, 2013, after which Defendants intend to supplement their *Daubert* motion in the timeframe set by the Court's January 18 Order.

Respectfully submitted,

/s/ Kit A. Pierson
Kit A. Pierson, Esq.
Benjamin D. Brown, Esq.
Brent W. Johnson, Esq.
Emmy L. Levens, Esq.
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
kpierson@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com

/s/ Ian Carleton
R. Jeffrey Behm
Ian Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street
P.O. Box 66
Burlington, VT  05402
Tel: (802) 864-9891
Fax: (802) 864-6815
jbehm@sheeheyvt.com
icarleton@sheeheyvt.com

| | |
|---|---|
| Andrew D. Manitsky, Esq.<br>GRAVEL AND SHEA PC<br>76 St. Paul Street, 7th Floor,<br>P. O. Box 369<br>Burlington, VT  05402-0369<br>(802) 658-0220<br>amanitsky@gravelshea.com | /s/ Kevin Hardy<br>Steven R. Kuney<br>Kevin Hardy<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, DC  20005<br>Tel:  (202) 434-5000<br>Fax:  (202) 434-5029<br>skuney@wc.com |
| Charles E. Tompkins, Esq.<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109-2802<br>(617) 439-3939<br>ctompkins@shulaw.com | khardy@wc.com<br><br>W. Todd Miller<br>BAKER & MILLER PLLC<br>2401 Pennsylvania Avenue, N.W.<br>Suite 300 |
| David A. Balto<br>The Law Offices of David A. Balto<br>1350 I Street, N.W., Suite 850<br>Washington, DC 20005<br>(202)-789-5424<br>david.balto@yahoo.com | Washington, DC  20037<br>Tel:  (202) 663-7820<br>Fax:  (202) 663-7849<br>tmiller@bakerandmiller.com<br><br>*Counsel for Defendants Dairy Farmers of*<br>    *America, Inc. and Dairy Marketing Services* |
| *Counsel for Jonathan and Claudia Haar,*<br>*Richard Swantak and the DFA/DMS*<br>*Subclass* | |

Robert G. Abrams, Esq.
Gregory J. Commins, Jr., Esq.
Terry Sullivan
BAKER HOSTETLER
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5304
202-862-1500
rabrams@bakerlaw.com
gcommins@bakerlaw.com
tsullivan@bakerlaw.com

Emily Joselson
LANGROCK SPERRY & WOOL LLP
210 College Street
PO Box 721
Burlington, VT 05402-0721
802-864-0217
ejoselson@langrock.com

*Counsel for Alice E. and Laurence E.
Allen and Garret and Ralph Sitts and the
non-DFA/DMS Subclass*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing NOTICE REGARDING THE DEPOSITION OF DR. RAUSSER was filed this 15th day of March, 2013, using the Court's CM/ECF system.  Copies of this document will be served on all counsel of record via ECF.

                                              /s/ Kevin Hardy
                                              Kevin Hardy