# NOTICE OF TRIAL

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF VERMONT

ALICE H. ALLEN, *et al*

    v.

DAIRY FARMERS OF AMERICA, INC., *et al*

Case No: 5:09-cv-230

**TAKE NOTICE that the above-entitled case has been scheduled from 9:00 a.m. to 4:30 p.m. on Tuesday, April 29, 2014 through Friday June 13, 2014 at Rutland, Vermont before the Honorable Christina Reiss, Chief District Judge, for a Jury Trial. Court will *NOT* be in session May 5-7, and May 26th.**

**Location: Main Courtroom**
**Date of Notice: 8/15/2013**

JEFFREY S. EATON, Clerk

**By /s/ Patricia A. Casey**
**Deputy Clerk**

**TO:**

| | |
|---|---|
| Robert G. Abrams, Esq. | David A. Balto, Esq. |
| Robert J. Brookhiser, Esq. | George F. Farah, Esq. |
| Benjamin D. Brown, Esq. | Danyll W. Foix, Esq. |
| Gregory J. Commins, Jr., Esq. | Robert L. Green, Esq. |
| Brent W. Johnson, Esq. | Emily J. Joselson, Esq. |
| Kit A. Pierson, Esq. | Emmy L. Levens, Esq. |
| Andrew D. Manitsky, Esq. | Lisa B. Shelkrot, Esq. |
| Terry L. Sullivan, Esq. | Daniel A. Small, Esq. |
| | |
| Amber L. McDonald, Esq. | Carl R. Metz, Esq. |
| Ian P. Carleton, Esq. | Kevin Hardy, Esq. |
| Kimberly N. Shaw, Esq. | Lauren Collogan, Esq. |
| R. Jeffrey Behm, Esq. | Shelley J. Webb, Esq. |
| Steven R. Kuney, Esq. | W. Todd Miller, Esq. |

Robert F. McDougall, AAG

**Anne Henry, Court Reporter**

**PLEASE NOTIFY THE COURT AS SOON AS POSSIBLE IF THIS CASE SETTLES.**

**ALL COUNSEL ARE DIRECTED TO THE U.S. DISTRICT COURT'S WEBSITE AT www.vtd.uscourts.gov FOR LOCAL RULES REGARDING THE MARKING OF EXHIBITS FOR TRIAL.**