NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

ALICE H. ALLEN, *et al.*

      v.                          Case No. 5:09-cv-230

DAIRY FARMERS OF AMERICA,
INC., *et al.*

TAKE NOTICE that the above-entitled case has been scheduled at 9:30 a.m. on Monday, June 23, 2014, at Rutland, Vermont before the Honorable Christina Reiss, Chief Judge, for a hearing on all pending Motions in Limine (documents 499-520) and a Final Pretrial Conference.

**Location: Main Courtroom**                            **JEFFREY S. EATON, Clerk**
**Date of Notice: 6/9/2014**

                                                                                          By /s/ *Pamela J. Lane*
                                                                                         **Deputy Clerk**

**TO:**

Robert G. Abrams, Esq.
David A. Balto, Esq.
Robert J. Brookhiser, Esq.                            R. Jeffrey Behm, Esq.
Benjamin D. Brown, Esq.                                 Ian P. Carleton, Esq.
Gregory J. Commins, Jr., Esq.                       Lauren Collogan, Esq.
George F. Farah, Esq.                                       Kevin Hardy, Esq.
Danyll W. Foix, Esq.                                          Steven R. Kuney, Esq.
Brent W. Johnson, Esq.                                  Amber L. McDonald, Esq.
Emily J. Joselson, Esq.                                    Carl R. Metz, Esq.
Emmy L. Levens, Esq.                                    W. Todd Miller, Esq.
Andrew D. Manitsky, Esq.                             Kimberly N. Shaw, Esq.
Kit A. Pierson, Esq.
Lisa B. Shelkrot, Esq.                                    **Anne Henry, Court Reporter**
Daniel A. Small, Esq.
Terry L. Sullivan, Esq.

Robert F. McDougall, AAG