U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 JUL 23 PM 12: 07

BY _____ CLERK
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

ALICE H. ALLEN, et al.,            )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )    Civil Action No. 5:09–CV–00230–cr
                                   )
DAIRY FARMERS OF AMERICA, INC., and )
DAIRY MARKETING SERVICES, LLC,     )
                                   )
        Defendants.                )

## MOTION TO SUBMIT MATERIALS FOR IN CAMERA REVIEW

Pursuant to Local Rule of Civil Procedure 5.2, the DFA/DMS and non DFA/DMS Subclasses ("Subclasses"), through Subclass Counsel, respectfully request permission to submit certain materials for in camera review by the Court. In support of this motion, the Subclasses state as follows:

1.      On July 1, 2014, the Subclasses, through Subclass Counsel, filed an Expedited Motion for Preliminary Approval of the Settlement. [Dkt. No. 568].

2.      The Court entered an Order Denying Without Prejudice Expedited Motion for Preliminary Approval of Settlement Between Dairy Farmers of America, Inc., Dairy Marketing Services, LLC, and Dairy Farmer Subclasses ("Order") [Dkt. No. 569] on July 9, 2014. In that Order, the Court identified certain aspects of the notices to be addressed by Subclass Counsel and requested that the bases for the Subclass Representatives' opposition to the Settlement be submitted to the Court.

3.      Subclass Counsel seek permission to file a response that is redacted as to the issue regarding the bases for the Subclass Representatives' opposition to the Settlement. *See* Plaintiff Subclasses' Response to Court's Order Regarding Motion for Preliminary Approval of Proposed



gravel &
  shea   ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

Settlement with Defendants DFA and DMS [Dkt. No. 570]. Defendants do not oppose this Motion.

4.     The Subclass Representatives prepared a Statement in opposition to the Settlement, addressing directly the issue that the Court asked Subclass Counsel to address. That Statement, and Subclass Counsel's comments on the issue in the responsive brief, contains protected attorney-client privileged communications and attorney work product. This Motion seeks to prevent disclosure of this privileged information and attorney work product and avoid a potential waiver of these protections that are important to the Subclasses.

5.     An unredacted copy of Plaintiff Subclasses' Response to Court's Order Regarding Motion for Preliminary Approval of Proposed Settlement with Defendants DFA and DMS as well as a copy of Subclass Representatives' Statement has been appended to this Motion for in camera review by the Court. Defendants have been served with this Motion, but not the attachments.

WHEREFORE, the Subclasses respectfully request the Court grant their motion to submit certain materials for in camera review.

Dated: July 23, 2014                              Respectfully submitted,

Robert G. Abrams, Esq.                      Kit A. Pierson, Esq.
Robert J. Brookhiser, Esq.                   Benjamin D. Brown, Esq.
Gregory J. Commins, Jr., Esq.               Brent W. Johnson, Esq.
Terry L. Sullivan, Esq.                         Emmy L. Levens, Esq.
Danyll W. Foix, Esq.                           Cohen Milstein Sellers & Toll, PLLC
Baker & Hostetler LLP                         1100 New York Ave., N.W.
Washington Square, Suite 1100             Suite 500, West Tower
1050 Connecticut Ave., N.W.                Washington, DC 20005
Washington, DC 20036                         (202) 408-4600
202-862-1500                                      kpierson@cohenmilstein.com
rabrams@bakerlaw.com                        bbrown@cohenmilstein.com
                                                        bjohnson@cohenmilstein.com
                                                        elevens@cohenmilstein.com

gravel &
shea |ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION

rbrookhiser@bakerlaw.com
gcommins@bakerlaw.com
tsullivan@bakerlaw.com
dfoix@bakerlaw.com

Emily J. Joselson, Esq.
Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College St.
P.O. Box 721
Burlington, VT 05402-0721
(802) 864-0217
ejoselson@langrock.com
lshelkrot@langrock.com

*Counsel for the non-DFA/DMS
Subclass*

David A. Balto, Esq.
The Law Offices of David A. Balto
1325 G St, N.W., Suite 500
Washington, DC 20005
(202) 789-5424
david.balto@yahoo.com

_____
Andrew D. Manitsky, Esq.
Gravel and Shea PC
76 St. Paul St., 7th Floor,
P.O. Box 369
Burlington, VT  05402
(802) 658-0220
amanitsky@gravelshea.com

*Counsel for the DFA/DMS Subclass*

3

gravel &
shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION