## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 23, 2014, a copy of the foregoing Motion to Submit Materials for *In Camera* Review was sent to the following parties via email:

Robert G. Abrams
    rabrams@bakerlaw.com

David A. Balto
    david.balto@yahoo.com

R. Jeffrey Behm
    jbehm@sheeheyvt.com

Robert J. Brookhiser
    rbrookhiser@bakerlaw.com

Benjamin D. Brown
    bbrown@cohenmilstein.com

Ian P. Carleton
    icarleton@sheeheyvt.com

Danyll W. Foix
    dfoix@bakerlaw.com

Kevin Hardy
    khardy@wc.com

Brent W. Johnson
    bjohnson@cohenmilstein.com

Emily J. Joselson
    ejoselson@langrock.com

Steven R. Kuney
    skuney@wc.com

Andrew D. Manitsky
    amanitsky@gravelshea.com

Carl R. Metz
    cmetz@wc.com

W. Todd Miller
    tmiller@bakerandmiller.com

Kit A. Pierson
    kpierson@cohenmilstein.com

Lisa B. Shelkrot
    lshelkrot@langrock.com

Terry L. Sullivan
    tsullivan@bakerlaw.com

_____
Andrew D. Manitsky, Esq.


gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369
A PROFESSIONAL CORPORATION