M.T.F. Inc.
11801 Bethesda church Road
Damascus, Md. 20872
240-422-2112

Allen vs. Dairy Farmers of America, Inc.
#5:09-CV-230-CR

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN 16 AM 10: 22

CLERK
BY_____
DEPUTY CLERK

    MTF Inc. has shipped milk through Md.-Va. (#26487) for 80 years, through Nov.2013.
  The settlement amount would not allow any producer to recoup anywhere near the amount of revenue lost due to the actions of DFA-DMS over many years.
    MTF would also prefer the case to go to trial as the actions of the management personel of DFA and DMS would then become a matter of public record.

Thank you,
Darryl Walker
Darryl Walker VP MTF