Fish Hill Farm
January 15, 2015

To the United States District Court of Burlington Vermont.

My name is Fritz Aeschlimann of Fish Hill Farm and I have been shipping milk with The Northeast Milk Market for 20 years. I oppose this Settlement from DFA/DMS. I support a Free Milk Market and fair Settlement.

Thank you

*[signature: Fritz Aeschlimann]*

*[Filed stamp: U.S. District Court, District of Vermont, 2015 JAN 20 AM 11:22, 5:09-cv-230, by Deputy Clerk]*