United States District Court
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN 20 AM 11:22

CLERK
BY _____
DEPUTY CLERK

Greetings,

The way I understand there has been a settlement. Allen vs DFA

I feel its necessary to oppose this settlement for the following reasons.  first: that the financial release in unfair, unreasonable and inadequate. Second: DFA and DMS need to be reined in and change the way they do business. So they can't keep on running (rough-shod) over all dairy farmers.

If this settlement goes through they will get their money back in a short time through milk check deductions (which we have no power over) and there will be no chance to correct them through the proposed (release) in the settlement.

This desperately needs to be taken to court for the sake of the future of dairy farming, agribusinesses, and our northeast rural communities.

We are a small family farm in South central Pennsylvania. Our scale farms (50-100 cows) are in jeopardy if a giant like DFA/DMS (who so claim to be a farmers co-op, which they are not) can pull a settlement like this through without opposition!

Sincerely  D.K. Lapp - family.