U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2015 JAN 20  AM 11: 22

CLERK

BY _____
DEPUTY CLERK

January 13, 2015

Judge Christina Reiss
United States District Court for the District of Vermont

We, Troester Dairy, a partnership operating in Pennsylvania, do not approve the proposed settlement of the class action lawsuit with DFA and DMS. We agree with the plaintiffs' actions and feel the settlement is not in the best interest of the dairy farmer who has been cheated and taken advantage of for many years. We have been dairy farmers for over 50 years, so we are aware of all the corruption that is taken place in the dairy industry.

Sincerely
Troester Dairy
175 Cannon Road
Millinburg, PA 17844