Donna Hall
566 Halls Way
Muncy, Pennsylvania 17756

January 15, 2015

The Honorable Christina Reiss
United States District Court for the District of Vermont
Burlington, Vermont 05402

Re: Alice H. Allen, et al., Plaintiffs, v. Dairy Farmers of America, Inc., and Dairy Marketing Services, LLC, Defendants
Civil Action No. 5:09-CV-00230-cr

Your Honor,

I vehemently oppose the settlement! A trial is necessary to prevent the loss of truth's triumph over evil's attempt to wipe away all the sinful, controlling, corruptive, illegal connections and its greedy, immoral core that has hastened the deaths of thousands of family farm dairy businesses that impact the health, wealth, and well-being of all of us. This outcome will reach long into the future and could be tragic if many are not forced to take responsibility for past (and current) actions. A trial is so necessary for changes needed in such a corrupted system as the dairy "business" has become!

The continued loss of dairy farmers because of control by the "all too powerful" is putting our safe and adequate dairy and food supply in jeopardy as those involved in the lawsuit continue to gain worldwide, not just nationwide, power.

The true value of a "just" outcome is the changes that the defendants, and others connected with them, should be forced to make.

I emphatically repeat, "A trial is needed!"

Thank you for your time and consideration.

Sincerely,
"Dairy Gram"
Donna L. Hall

*God Bless - God Forgives*