UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **ALICE H. ALLEN, et al.,**  )  )  Plaintiffs,  )  )  v.  )  )  **DAIRY FARMERS OF AMERICA, INC., and**  )  **DAIRY MARKETING SERVICES, LLC,**  )  )  Defendants.  ) | Civil Action No. 5:09–CV–00230–cr |

### DAIRY FARMER SUBCLASSES' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND DAIRY MARKETING SERVICES, LLC

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Dairy Farmer Subclasses, through Subclass Counsel, hereby move for a judgment and final order approving the Settlement with Defendants Dairy Farmers of America, Inc. ("DFA) and Dairy Marketing Services, LLC ("DMS"). In support of this motion, the Dairy Farmer Subclasses rely on the accompanying Memorandum of Law and exhibits submitted herewith.

Dated: January 22, 2015

/s/ Robert G. Abrams
Robert G. Abrams, Esq.
Robert J. Brookhiser, Esq.
Gregory J. Commins, Jr., Esq.
Terry L. Sullivan, Esq.
Danyll W. Foix, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.

Respectfully Submitted,

/s/ Kit A. Pierson

Kit A. Pierson, Esq.
Benjamin D. Brown, Esq.
Brent W. Johnson, Esq.
Emmy L. Levens, Esq.
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC  20005

| | |
|---|---|
| Washington, DC  20036<br>202-862-1500<br>rabrams@bakerlaw.com<br>rbrookhiser@bakerlaw.com<br>gcommins@bakerlaw.com<br>tsullivan@bakerlaw.com<br>dfoix@bakerlaw.com | (202) 408-4600<br>kpierson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>elevens@cohenmilstein.com |
| Emily J. Joselson, Esq.<br>Lisa B. Shelkrot, Esq.<br>Langrock Sperry & Wool, LLP<br>210 College St.<br>P.O. Box 721<br>Burlington, VT 05402-0721<br>(802) 864-0217<br>ejoselson@langrock.com<br>lshelkrot@langrock.com<br><br>*Counsel for the non-DFA/DMS Subclass* | David A. Balto, Esq.<br>The Law Offices of David A. Balto<br>1350 I St,, N.W., Suite 850<br>Washington, DC 20005<br>(202) 789-5424<br>david.balto@yahoo.com<br><br>Andrew D. Manitsky, Esq.<br>Gravel and Shea PC<br>76 St. Paul St., 7th Floor,<br>P.O. Box 369<br>Burlington, VT  05402<br>(802) 658-0220<br>amanitsky@gravelshea.com<br><br>*Counsel for the DFA/DMS Subclass* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.

Dated:  January 22, 2015                    */s/  Brent W. Johnson*
                                            Brent W. Johnson