# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT
# LISTING OF CIVIL JURY VERDICTS

| Case Title (and Type) | Case No. | Judge | Verdict Date | Verdict For | Award Amount |
|---|---|---|---|---|---|
| Honadle v. University of Vermont (Employment Discrimination) | 96-292 | Sessions | 01/22/01 | Defendant | N/A |
| Vt. Mobile Home Owners v. LaPierre (Anti-Trust) | 97-209 | Sessions | 01/30/01 | Directed Verdict For Defendants | N/A |
| McCaffery v. Shaws Supermarkets (Personal Injury) | 99-169 | Niedermeier | 02/22/01 | Defendant | N/A |
| Finney-Seymour v. United Parcel Service (Personal Injury) | 00-02 | Murtha | 03/16/01 | Plaintiff | $35,715 |
| Decker v. Fish; Hill (Civil Rights) | 99-238 | Sessions | 05/03/01 | Defendants | N/A |
| Arms v. Key Bank N.A. (Other Contracts/Bankruptcy) | 00-182 | Sessions | 06/06/01 | Plaintiff | $75,000 |
| Wesnefski v. Rutland Plywood Corp. (Personal Injury) | 99-298 | Niedermeier | 07/13/01 | Plaintiff | $703,649 |
| Matolcsy v. Killington Snowmobile Tours, Inc. (Personal Injury) | 00-79 | Murtha | 09/21/01 | Defendant | N/A |
| Feinberg v. Balance Team, Inc. (Personal Injury) | 99-261 | Murtha | 10/03/01 | Defendant | N/A |
| Myers v. Wal-Mart Stores, Inc. (Fair Labor Standards Act) | 00-85 | Niedermeier | 11/21/01 | Plaintiff | $27,598 |
| Howard Opera House v. Urban Outfitters (Breach of Contract) | 99-140 | Sessions | 11/30/01 | Both | N/A |
| Gasperetti v. Nadler (Personal Injury) | 00-381 | Murtha | 12/19/01 | Plaintiff | $159,300 |
| Carlson v. Maine Mutual Fire Ins. (Personal Injury) | 00-437 | Murtha | 01/23/02 | Plaintiff | $65,000 |
| J.A. McDonald v. Waste System Int'l; Moretown Landfill (Breach of Contract) | 99-172 | Sessions | 05/30/02 | Plaintiff | $903,260 |
| Jones v. Finnius T. Flubberbusters, Inc. (Personal Injury) | 00-480 | Murtha | 10/08/02 | Defendant | N/A |

**Verdict**                                                                 **Award**

| Case Title (and Type) | Case No. | Judge | Date | Verdict For | Amount |
|---|---|---|---|---|---|
| LaRoche v. Beers (Civil Rights) | 01-321 | Niedermeier | 02/21/03 | Defendant | N/A |
| GU Markets, LLC v. Supermarket Equipment Resale, Inc. (Breach of Contract) | 01-288 | Murtha | 08/21/03 | Plaintiff | $968,500 |
| Buote v. Verizon New England (E.R.I.S.A.) | 00-475 | Sessions | 09/19/03 | Plaintiff | $75,000 |
| Kent v. Katz (Civil Rights) | 99-189 | Sessions | 10/23/03 | Defendant | N/A |
| Magnan v. A.D. Transport Express (Personal Injury) | 03-6 | Niedermeier | 12/19/03 | Plaintiff | $2,522,193 |
| Hospitality Well Done! v. Lifestyle Ventures (Breach of Contract) | 03-84 | Sessions | 04/01/04 | Defendant | N/A |
| DeCarolis v. CDC Properties Inc. (Personal Injury) | 02-268 | Murtha | 04/07/04 | Defendant | N/A |
| Repucci v. Lake Champagne Campground (Wrongful Death) | 01-287 | Sessions | 04/16/04 | Defendant | N/A |
| Heede v. Hurst-Hiller (Personal Injury) | 03-12 | Niedermeier | 04/19/04 | Plaintiffs | $11,600 |
| Bissonette v. Koffee Kup Bakery (Fair Labor Standards Act) | 02-162 | Niedermeier | 04/22/04 | Plaintiff | $3,721 |
| Umali v. Mt. Snow (Personal Injury) | 01-291 | Sessions | 07/16/04 | Defendants | N/A |
| Kaufman v. Ming International (Product Liability) | 01-59 | Murtha | 08/19/04 | Defendant | N/A |
| Sanders v. Nike; Bauer etc. (Personal Injury) | 00-424 | Sessions | 10/25/04 | Defendants | N/A |
| Dotson v. Bonilla (Personal Injury) | 03-335 | Niedermeier | 05/19/05 | Plaintiff | $164,095 |
| Vermont Country Foods, Inc. v. SO-PAK-CO, Inc. (Breach of Contract) | 02-83 | Murtha | 05/27/05 | Plaintiff Defendant/Counter Claimant | $100,000 $316,687 |
| Madison v. Reynolds (Personal Injury) | 03-336 | Murtha | 06/02/05 | Defendant | N/A |
| Carford v. Gamble, et al (Personal Injury) | 03-342 | Sessions | 01/20/06 | Plaintiffs | $1,111,448 |
| Case Title (and Type) | Case No. | Judge | Verdict Date | Verdict For | Award Amount |

| Case Title (and Type) | Case No. | Judge | Verdict Date | Verdict For | Award Amount |
|---|---|---|---|---|---|
| Campbell v. Davenport Enterprises, Inc. (Personal Injury) | 03-317 | Sessions | 04/20/06 | Defendant | N/A |
| Baker, et al. v. Yelle (Personal Liability) | 04-58 | Sessions | 07/26/06 | Defendant | N/A |
| Bazilwich v. Countrywide Home Loans (Fraud or Truth-in-Lending) | 05-120 | Murtha | 12/05/06 | Defendant | N/A |
| Lenair, et al. v. Gauthier, et al. (Fraud or Truth-in-Lending) | 03-299 | Murtha | 12/15/06 | Plaintiff | $36,500 |
| Olanyk v. Bookwalter (Medical Malpractice) | 04-133 | Murtha | 02/12/07 | Plaintiff | $1,161,000 |
| Ryan v. Boblin Hospitality Corp. (Personal Injury) | 05-173 | Murtha | 03/13/07 | Defendant | N/A |
| Fab-Tech, Inc. V. E.I. Du Pont De Nemours and Company (Breach of Contract) | 04-275 | Murtha | 04/13/07 | Plaintiff | $2,300,000 |
| Brody, et al. v. Simpson Development Corp. (Tort Product Liability) | 05-293 | Niedermeier | 10/17/07 | Plaintiff | $143,000 |
| Montgomery, et al. v. NLR Company (Federal Employer's Liability) | 05-251 | Sessions | 11/02/07 | Defendant | N/A |
| DelDebbio v. Blanchard (Diversity-Tort/Motor Vehicle (P.I.)) | 06-115 | Sessions | 06/26/08 | Plaintiff | $475,000 |
| Lee-Jarman v. Central VT Med. Center (Medical Malpractice) | 05-172 | Murtha | 07/14/08 | Defendant | N/A |
| Diamond v. O'Connor, et al. (Civil Rights Act) | 05-279 | Sessions | 08/07/08 | Defendant | N/A |
| Milne v. Volkswagen AG et al. (Diversity-Motor Vehicle Product Liability) | 05-323 | Sessions | 02/09/09 | Defendant | N/A |
| Chooseco LLC v. Lean Forward Media, LLC (Breach of Contract) | 07-159 | Murtha | 04/02/09 | Plaintiff | N/A |
| Billado Roofing v. Custom Copper & Slate (Breach of Contract) | 08-97 | Murtha | 06/16/09 | Plaintiff | $152,233 |
| Stephens v. Bromley Mtn. Ski Resort (Diversity-Personal Injury) | 07-232 | Murtha | 06/26/09 | Defendant | N/A |
| Del Monaco v. Green, et al. (Diversity-Torts to Land) | 08-63 | Murtha | 08/04/09 | Defendant | N/A |
| Carroll v. Tropical Aquaculture Products, Inc. (Diversity-Employment Discrimination) | 08-138 | Murtha | 09/21/09 | Defendant | N/A |
| Fortunati, e al. v. Campagne, et al. (Civil Rights Act) | 07-143 | Murtha | 6/17/10 | Partial Verdict-Defendant | |

| Case | No. | Judge | Date | Verdict | Amount |
|---|---|---|---|---|---|
| Rolico Aviation Ltd. v. Mansfield Heliflight Inc., et al. (Diversity-Other Contract) | 08-71 | Reiss | 07/23/10 | Plaintiff | $1,102,100 |
| Cincinnati Ins. Co. v. Hectic Electric, Inc. (Diversity-Property Damage) | 09-96 | Murtha | 08/04/10 | Defendant | |
| Tuorila, et al. v. Fargo (Diversity-Other Contract) | 07-240 | Sessions | 10/07/10 | Defendant | |
| Gonyea v. Irick Excavating, LLC (Breach of Contract) | 08-242 | Sessions | 01/28/11 | Defendant | |
| Prohaska, et al. V. Doherty, et al. (Diversity-Personal Injury) | 05-196 | Sessions | 06/28/11 | Defendant | |
| Moroney, Inc. v. Flury & Co., Ltd. (Diversity-Contract Dispute) | 09-252 | Reiss | 07/07/11 | Plaintiff | $100,000 |
| Taylor v. The Stratton Corp., et al. (Diversity-Personal Injury) | 09-297 | Sessions | 01/13/12 | Defendant | |
| Arroyo v. Milton Academy, et al. (Diversity-Personal Injury) | 10-117 | Reiss | 02/02/12 | Defendant | |
| Del Monaco v. Green, et al. (Diversity-Torts to Land) | 08-63 | Murtha | 02/03/12 | Defendant | |
| Grenier v. Jonas (Civil Rights Act) | 09-121 | Murtha | 06/26/12 | Defendant | |
| Hale v. NE VT Regional Hospital (Medical Malpractice) | 08-82 | Murtha | 09/27/12 | Defendant | |
| GEICO Gen. Ins. Co. v. Dowd, et al. | 12-40 | Sessions | 08/21/13 | Defendant | |
| Erickson v. The Stratton Corp. (Diversity-Personal Injury) | 11-51 | Reiss | 08/29/13 | Defendant | |
| Handverger v. City of Winooski (Employment Discrimination) | 08-246 | Reiss | 11/0/13 | Defendant | |
| Gallant v. Bicknell (Diversity-Personal Injury) | 12-71 | Reiss | 11/06/13 | Plaintiff | $225,000 |
| Mount Snow Ltd. V. ALLI, et al. | 12-22 | Murtha | 05/08/14 | Plaintiff | $2,100,000 |
| Aquino v. Watts | 11-212 | Murtha | 06/19/14 | Defendant | |

Updated: 07/08/14