UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN, et al., )<br>  )<br>  Plaintiffs, )<br>  )<br>  v. )<br>  )<br>DAIRY FARMERS OF AMERICA, INC., and )<br>DAIRY MARKETING SERVICES, LLC, )<br>  )<br>  Defendants. ) | Civil Action No. 5:09–CV–00230–cr |

**DAIRY FARMER SUBCLASSES' UNOPPOSED MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL MEMORANDUM RELATING TO
MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT
WITH DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND
<u>DAIRY MARKETING SERVICES, LLC</u>**

The DFA/DMS and Non-DFA/DMS Farmer Subclasses ("Subclasses"), through Subclass Counsel, respectfully request leave to file a Supplemental Memorandum Relating to Motion for Final Approval of Proposed Settlement with Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC.  In support of this request, the Subclasses show the following:

1. Near the end of the January 29, 2014 hearing, the Court raised several questions and asked about related authorities.  The Supplemental Memorandum provides brief responses to certain of those questions and related authority citations for the convenience of the Court.

2. Many of the dairy farmers who spoke at the hearing raised subjects not previously disclosed as required by the Court's procedure and not reasonably anticipated by Subclass Counsel.  *See* 11/25/14 Order at 11, Dkt. 582 (approving Class Notice that required objectors to provide written explanation of "specific reasons" for their objections in advance of the hearing).

The Supplemental Memorandum provides brief responses to certain of those subjects and related authority citations.

3. Subclass Counsel contacted counsel for Defendants DFA and DMS and confirmed they do not oppose the submission of a supplemental memorandum.

WHEREFORE, the Subclasses respectfully request the Court to enter an Order granting the Subclasses leave to file the Supplemental Memorandum attached hereto as Exhibit A.

Dated:  February 12, 2015

Respectfully Submitted,

*/s/ Robert G. Abrams*
Robert G. Abrams, Esq.
Robert J. Brookhiser, Esq.
Gregory J. Commins, Jr., Esq.
Terry L. Sullivan, Esq.
Danyll W. Foix, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 862-1500
rabrams@bakerlaw.com
rbrookhiser@bakerlaw.com
gcommins@bakerlaw.com
tsullivan@bakerlaw.com
dfoix@bakerlaw.com

Emily J. Joselson, Esq.
Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College St.
P.O. Box 721
Burlington, VT 05402-0721
(802) 864-0217
ejoselson@langrock.com
lshelkrot@langrock.com

*Counsel for the Non-DFA/DMS Subclass*

/s/ *Kit A. Pierson*
Kit A. Pierson, Esq.
Benjamin D. Brown, Esq.
Brent W. Johnson, Esq.
Emmy L. Levens, Esq.
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
kpierson@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com

David A. Balto, Esq.
The Law Offices of David A. Balto
1350 I St., N.W., Suite 850
Washington, DC 20005
(202) 789-5424
david.balto@yahoo.com

Andrew D. Manitsky, Esq.
Gravel and Shea PC
76 St. Paul St., 7th Floor,
P.O. Box 369
Burlington, VT  05402
(802) 658-0220
amanitsky@gravelshea.com

*Counsel for the DFA/DMS Subclass*

## **CERTIFICATE OF SERVICE**

I, Robert G. Abrams, certify that a true and correct copy of the foregoing *Dairy Farmer Subclasses' Unopposed Motion for Leave to Submit Supplemental Memorandum Relating to Motion for Final Approval of Proposed Settlement with Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC* was served this 12th day of February, 2015, on all counsel of record by ECF.

/s/ Robert G. Abrams
Robert G. Abrams