Claudia and Jonathan,

Attached is the final declaration, which incorporates a few minor edits from Brent. He asked if you could sign it and make sure it gets to Andrew Manitsky before Monday.

Also, Claudia, I spoke with Bob A and his reaction to the idea of talking to new firms was that it would not be a good idea because, unlike my assumption that you would not be able to find a good firm to take on the case at this point in time, he believes that there are any number of plaintiff class action firms that will take it on simply to make a quick settlement and get cash out of it. Obviously, that is not what you are looking for.

He asked me to stress to you that he and Baker Hostetler fully intend to stay engaged in the case and work with Cohen Milstein to get a good outcome for both subclasses, and that you can continue to ask us for assistance. He does not believe that will be possible with a new firm which doesn't know the case, especially one that is looking to make a quick dollar.

Please let me know if you have any other questions about the representation issue or the declaration. Thanks! TLS