02/17/2015 07:12 FAX 5705842483    DONNA HALL    ☒001
Case 5:09-cv-00230-cr   Document 637-5   Filed 03/11/15   Page 1 of 1

Exhibit D.

2—Farmshine, Friday, April 11, 2003

Food Co:

# Herman Brubaker steps down as DFA chairman

KANSAS CITY, Mo.— In his final address as Dairy Farmers of America Inc. (DFA) chairman of the board, Herman Brubaker commended DFA's dairy farmer members and staff for their courage and dedication in unifying the dairy industry through cooperative principles. Brubaker, a dairy producer from West Alexandria, Ohio, has championed the dairy cooperative movement for 40 years. He stepped down from his 5-year post as DFA's chairman of the board at the cooperative's annual meeting last month.

"For the past five years, it has been a very real honor for me to serve you in such a leadership capacity," Brubaker told 1150 dairy farmers and guests attending the annual meeting. "Next to my wife, Joanie, and my four sons, this dairy cooperative movement has been my first love. Through it all, I've seen a lot of changes. But one thing hasn't changed - the right of farmers to cooperatively market their milk. That's as important today as it was in 1922 when the Capper-Volstead Act first took shape." Brubaker applauded the accomplishments of DFA and its members and cited five key reasons why he says DFA is well-positioned for the future:



Herman Brubaker warned of ongoing challenges.

1. With 24,124 members, DFA has a strong growth strategy that now includes dairy cooperatives as association members;

2. DFA is focused on unifying the marketplace through common marketing agencies, federal orders, and other new market models that create efficiencies in the assembly, delivery and balancing of milk supplies for dairy farmers;

3. DFA is fiscally responsible and financially strong;

4. DFA can unite 28% of the U.S. milk supply to support legislation that is good for dairy farmers; and

5. DFA's structure is right because it requires dairy farmer involvement on the co-op side; and creates a manufacturing network that generates earnings and provide outlets for DFA member milk.

"DFA is unlike any other dairy cooperative. In the process of putting DFA together, we have built a new co-op model that is a member driven co-op and a leading food company," said Brubaker.

Brubaker cautioned delegates that, in spite of DFA's strengths, the co-op and its members would continue to be challenged by non traditional competitors in the food segment, the international marketplace, and domestic supply and demand cycles. "The greatest challenge will be for us to keep pace and take the risks required by a demanding and competitive marketplace," observed Brubaker.

In closing, he applauded DFA members for their cooperative vision: "There is something truly honorable in what we've achieved here by working together for a better dairy future. Never lose site of that. Our freedom to farm rests upon how well DFA people, like you, nurture DFA's cooperative dream."

As producer-leader of the nation's largest d―y marketing cooperative, Brubaker served as chairman d    executive

turn to page 3