Exhibit E.

# Quality Test Results

Member: JONATHAN P OR CLAUDIA J HAAR       January   2015

| Date | PLC/PAC/ML | Optical Cell Count | Preliminary Incubation | Pasteurized Count | Cryoscope | Sediment | GI |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | 180,000 | | | .550 | | |
| 3 | | | | | | | |
| 4 | 7,000 | 220,000 | 10,000 | | | | NF |
| 5 | | | | | | | |
| 6 | | 220,000 | | | .547 | | |
| 7 | | | | | | | |
| 8 | | 290,000 | | | .547 | | |
| 9 | | | | | | | |
| 10 | 3,000 | 230,000 | 13,000 | | .542 | | |
| 11 | | | | | | | |
| 12 | | 270,000 | | | .544 | | |
| 13 | | | | | | | |
| 14 | | 290,000 | | | .546 | | |
| 15 | | | | | | | |
| 16 | | 180,000 | | | .540 | | |
| 17 | | | | | | | |
| 18 | 5,000 | 200,000 | 6,000 | | .540 | | |
| 19 | | | | | | | |
| 20 | | 180,000 | | | .540 | | |
| 21 | | | | | | | |
| 22 | | 130,000 | | | .541 | | |
| 23 | | | | | | | |
| 24 | 6,000 | 130,000 | | | .539 | | |
| 25 | | | | | | | |
| 26 | | 100,000 | | | .542 | | |
| 27 | | | | | | | |
| 28 | | 160,000 | | | .542 | | |
| 29 | | | | | | | |
| 30 | | 170,000 | | | .545 | | |
| 31 | | | | | | | |
| Jan Ave | 5,000 | 197,000 | 10,000 | | .543 | | |
| Excellent | 0 - 5,000 | 0-150,000 | 0 - 10,000 | 0 - 100 | above .545 | under 0.5 | |
| Good | 6,000 - 15,000 | 160,000-300,000 | 11,000 - 20,000 | 110 - 250 | .545 - .540 | 0.5 | Not Found |
| Fair | 16,000 - 25,000 | 310,000-400,000 | 21,000 - 30,000 | 260 - 400 | .539 - .535 | 1.0 | |
| Poor | 26,000 - 50,000 | | 31,000 - 50,000 | 410 - 500 | .534 - .530 | 1.4 | |
| Unsat | above 50,000 | above 400,000 | above 50,000 | above 500 | under .530 | 1.5 or above | Positive |

r - Not used for payment    U - Unsatisfactory/poor    B - Both "r" & "U"    NF - Not Found
Any raw count score below 25 is reported officially as < 25 estimated. This is in accordance with government regulations.
Any cell count score below 100,000 is reported officially as < 100,000 estimated. This is in accordance with government regulations.



RAW COUNT



SOMATIC CELL COUNT

**DFA**

Dairy Farmers Of America
PO Box 4844
Syracuse, NY 13221-4844

DFA Access Automated Quality Reporting System
Call 1-877-DFA-LAB1  Or
1-877-332-5221
Your Number To Enter Is:

## Butterfat/Protein/OS Results

**January, 2015**

```
JONATHAN P OR CLAUDIA J        1453
                                  9
1495 PADDOCK ROAD
WEST EDMESTON NY 13485
```

| Date | Butterfat Tests Bfat | Pro | OS | MUN |
|---|---|---|---|---|
| 1 | | | | |
| 2 | 4.71 | 3.46 | 5.60 | 9.20 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | 4.68 | 3.48 | 5.64 | 9.50 |
| 7 | | | | |
| 8 | 4.83 | 3.53 | 5.60 | 9.60 |
| 9 | | | | |
| 10 | 4.58 | 3.51 | 5.62 | 7.60 |
| 11 | | | | |
| 12 | 4.57 | 3.57 | 5.61 | 8.30 |
| 13 | | | | |
| 14 | 4.76 | 3.44 | 5.65 | 5.20 |
| 15 | | | | |
| 16 | 4.78 | 3.49 | 5.60 | 6.80 |
| 17 | | | | |
| 18 | 4.64 | 3.48 | 5.63 | 6.80 |
| 19 | | | | |
| 20 | 4.77 | 3.40 | 5.62 | 8.00 |
| 21 | | | | |
| 22 | 4.80 | 3.48 | 5.67 | 7.90 |
| 23 | | | | |
| 24 | 4.65 | 3.46 | 5.65 | 7.70 |
| 25 | | | | |
| 26 | 4.50 | 3.48 | 5.68 | 8.00 |
| 27 | | | | |
| 28 | 4.62 | 3.44 | 5.66 | 8.20 |
| 29 | | | | |
| 30 | 4.65 | 3.44 | 5.73 | 5.90 |
| 31 | | | | |
| **Averages** | | | | |
| 1st | 4.70 | | | |
| 2nd | 4.70 | | | |
| 3rd | 4.64 | | | |
| Month | 4.68 | 3.48 | 5.64 | 7.76 |



5001 Brittonfield Parkway P.O. Box 4844 Syracuse, New York 13221-4844
Ph: (800) 654-8838  FAX: (315) 433-2345