United States District Court for the District of Vermont
Re: Allen v. Dairy Farmers of America, Inc. No. 5:09-CV-230-CR
NE Dairy Settlement Communication
11 Elmwood Avenue
Burlington, VT 05401

Dear United States District Court for the District of Vermont:

I marketed Grade A milk in Federal Order 1 throughout the time period covered by the proposed NE Dairy Settlement.

My objection is based on the following reasons. First, the amount of the proposed settlement is $50 million, or approximately 16 cents per hundredweight. This insignificant amount falls way short of the actual alleged damages caused by DFA/DMS's anticompetitive behavior. Second, and more important than the dollar amount, is the accountability for or exoneration from the behavior alleged in the suit that will only occur if the case goes to trial. As dairy farmers, we need to have confidence that our farmer-owned cooperatives truly act in our best interests. The information that would come out in a trial, or be buried in a settlement, is vital to this confidence. It should not be an option for the defendants to pay a relatively small settlement fee for the privilege of continuing business as usual. This is true regardless if I sign for my Class portion of the settlement damages. Please do not confuse the two issues as Counsel has tried to use my signing as proof that I am in favor of the proposed settlement. Nothing could be further from the truth.

Name/Signature  Elam F Miller
Address  5100 White Oak Rd Paradise PA 17562
Name/Signature  Ivan S Beiler
Address  862 Valley Rd Gap, PA 17527
Name/Signature  Isaac S Miller
Address  1717 Valley Rd. Christiana PA. 17509
Name/Signature  Melvin R Zook
Address  27 William Run Rd. Christiana PA 17509

U. S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY 4/6/2015
DEPUTY CLERK

United States District Court for the District of Vermont
Re: Allen v. Dairy Farmers of America, Inc. No. 5:09-CV-230-CR
NE Dairy Settlement Communication
11 Elmwood Avenue
Burlington, VT 05401

Name/Signature Mervin L. King   Mervin L. King
Address 5230 Newport Rd Gap Pa. 17527

Name/Signature Ira Michael Eby
Address 459 Queen Rd Gordonville PA 17529

Name/Signature Melvin K Fisher
Address 339 Clearview Rd Lancaster PA 17602

Name/Signature Daniel E Stoltzfus   Daniel E Stoltzfus
Address 60 - Picadilly Hill Rd Quarryville PA 17566

Name/Signature Jonas E Glick   Jonas E Glick
Address 435 Spingville Rd Quarryville PA 17566

Name/Signature Amos L. Beiler   Amos L. Beiler
Address 314-A Lamparter RD Quarryville PA 17566

Name/Signature Samuel E. Miller   Samuel E. Miller
Address 380 Bell Rd. Christiana PA 17509

Name/Signature Jesse Z. Beiler   Jesse Z. Beiler
Address 1045 Vintage Rd. Quarryville, PA. 17566

Name/Signature Mark F. Beiler   Mark F. Beiler
Address 108 Country Lane Christiana, Pa. 17509

United States District Court for the District of Vermont
Re: Allen v. Dairy Farmers of America, Inc. No. 5:09-CV-230-CR
NE Dairy Settlement Communication
11 Elmwood Avenue
Burlington, VT 05401

Name/Signature Jacob F. Beiler   /s/ Jacob F. Beiler

Address 412 Rohrer Mill Rd. Ronks PA 17572

Name/Signature Aaron M. Beiler   /s/ Aaron M. Beiler

Address 4925 E. Newport Rd. Kinzers PA 17535

Name/Signature Elmer K. King   /s/ Elmer K. King

Address 3334 W. Newport Rd. Ronks, PA. 17572

Name/Signature

Address

Name/Signature

Address

Name/Signature

Address

Name/Signature

Address

Name/Signature

Address

Name/Signature

Address