UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, )<br>et al.,                                                               )<br>                              Plaintiffs                        ) | Docket No. 5:09-cv-00230-cr |
|                                                                       ) | |
|             v.                                                     ) | |
|                                                                       ) | |
| DAIRY FARMERS OF AMERICA, INC., and   )<br>DAIRY MARKETING SERVICES, LLC,            )<br>                              Defendants                       ) | |

## NOTICE OF LAW FIRM CHANGE / SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that local counsel for Plaintiffs DFA/DMS sub-class has changed law firms.  Andrew D. Manitsky, formerly with Gravel & Shea PC, is now a member of Lynn, Lynn, Blackman & Manitsky, P.C.  Contact information appears in the signature block, below.

Kindly note the change in the Court's records.

DATED at Burlington, Vermont, this 13th day of April, 2015.

By:    /s/ Andrew D. Manitsky_____
         Andrew D. Manitsky, Esq.
         Lynn, Lynn, Blackman & Manitsky, P.C.
         76 St. Paul Street, Suite 400
         Burlington, VT  05401
         802-860-1500
         amanitsky@lynnlawvt.com