Donna Hall
566 Halls Way
Muncy, Pennsylvania 17756

April 18, 2015

The Honorable Christina Reiss
United States District Court for the District of Vermont
PO Box 945
Burlington, Vermont 05402-0945

Re: Alice H. Allen, et al., Plaintiffs, v. Dairy Farmers of America, Inc., and Dairy Marketing Services, LLC, Defendants
Civil Action No. 5:09-CV-00230-cr

Your Honor,

I appreciate your denial of final approval of DFA's $50 million Northeast antitrust settlement.

I agree with the plaintiffs who are asking to change counsel and understand why.

The short time I was a plaintiff, I was very apprehensive about calling or contacting the other plaintiffs because of things the lawyers said, and I definitely did not want to do anything to jeopardize the case.

After I was removed as a plaintiff because of the Order 1 issue, I gave counsel a great deal of information and then gave a lengthy deposition. I do not have a copy of my deposition to look back on to verify or dispute what I said.

I was not <u>physically</u> there to witness what occurred involving the unexplained, identical butterfat lab test results that a large number of the dairy farmers who wanted to remain as "independent" Farmland milk shippers received. However, the boxes of information I got back from Emmy Levens do contain other "printed" lab results and much other information that I believe would be evidence if used in court.

Of course, the thousands of "soured" milk samples no longer exist as evidence.

Your recognition of the need to address the lab testing and pooling issues is greatly appreciated.

Sincerely,

Donna Hall
Dairy Gram
God bless---God forgives