The Honorable Judge Christina Reiss        April 18th, 2015
    United States District Court for the District of Vermont
    Vermont Allen v Dairy Farmers of America Inc.
    No. 5:09-CV-230-CR
    NE Dairy Settlement Communication
    11 Elmwood Ave
    Burlington, VT 05401

   Firstly, I would like to thank your honor for turning down the settlement in this case. I would also like to express my
  opinion, that I believe that the farmers need counsel whose motivation is justice and not greed. And should your honor
  grant new counsel, that they have the wisdom to ask the court to direct financial recovery from the CEO of DFA
  and The Board of Directors.

   As we speak its business as usual at DFA, as work is starting on building a palace for the Emperor ,( a new office complex),
  with farmer's money, while farmers are facing crippling low milk prices for 2015.
  All the CEO and employees of DFA need is a barn with cubicles, to do their work, and a big sign on the entrance
  that reads, " YOU WORK FOR FARMERS ACT LIKE IT!!!"

                Anthony Bulinski DFA member
                Middleport New York