United States District Court for the District of Vermont
Re: NE Dairy Settlement Communication
11 Elmwood Avenue
Burlington, VT 05401


Dear United States District Court for the District of Vermont:

I want to thank you for denying the previous settlement of 50 million.

We want to be clear that this NE case is not about the money, rather justice to be served so that we as dairy farmers have a chance at a future. This is about the "books" being opened in a trial. DFA can keep the money.

Our very own current counsel does not see it this way. How are we as class to have any confidence that justice will be served if all our counsel seeks is to settle? Unlike dairy farmers, for them it is about the money.

It is for this very reason I strongly encourage you to grant the wishes of thousands of dairy farmers and remove counsel, allowing the class to seek our own counsel who "think like farmers".

Signature *Mike Ebey*
Address 459 Queen Rd Gordonville PA 17529

Signature *Elmer K. King*
Address 3334 W. Newport Rd. Ronks, PA. 17572

Signature *Ruth K Fish*
Address 138 Colonial Rd, Gordonville PA 17529

Signature *Christian L Riehl Jr*
Address 4884 Newport RD Kinzers PA 17535

Signature *Aaron M. Beiler*
Address 4925 E. Newport Rd. Kinzers PA 17535

p. 1 of 7

Dear United States District Court for the District of Vermont:

I strongly encourage you to grant the wishes of thousands of dairy farmers and remove counsel, allowing the class to seek our own counsel who "think like farmers".

Signature  Mervin L. King
Address  5230 Newport Rd. Gap Pa 17527

Signature  Christ S. Miller
Address  5020 White Oak K Paradise PA 17562

Signature  Jesse Z. Beiler
Address  1045 Vintage Rd. Quarryville, PA 17566

Signature  Jacob B Stoltzfus
Address  44 Golf Rd Myerstown PA 17067

Signature  Reuben S. Zook
Address  703 Stracks Dam Rd Myerstown PA 17067

Signature  LeRoy J. Lantz JR
Address  85 East Strack D. Myerstown PA 17067

Signature  Reuben L. Smoker
Address  564 Houtztown Rd. Myerstown PA. 17067

Signature  Reuben E Lantz    Reuben Lantz
Address  449 Wert RD Millersburg PA 17061

Signature  [illegible]
Address  [illegible] Millersburg PA 17061

p. 2 of 7

Dear United States District Court for the District of Vermont:

I strongly encourage you to grant the wishes of thousands of dairy farmers and remove counsel, allowing the class to seek our own counsel who "think like farmers".

Signature _Chris P Stoltzfus_
Address _254 W. Matterstown Rd   Millersburg PA 17061_

Signature _Matthew E. King_
Address _827 Kessler RD Millersburg PA 17061_

Signature _Eli L King_
Address _404 Heckert Rd.   Millersburg PA 17061_

Signature _Amos G King_
Address _371 Kocher Rd   E-ville PA 17023_

Signature _Melvin K King_
Address _830 Bellevue Rd.   Lykens Pa. 17048_

Signature _Amos K Allgyer_
Address _2721 S Biles Rd. Parkesburg, Pa. 19365_

Signature _Elmer S King_
Address _251A Skiles Rd Parkesburg PA 19365_

Signature _Emanuel H King_
Address _1463 Birdell RD Coatesville PA 19320_

Signature _Joel S Stoltzfus_
Address _539 Beaver Dam Rd_

Dear United States District Court for the District of Vermont:

I strongly encourage you to grant the wishes of thousands of dairy farmers and remove counsel, allowing the class to seek our own counsel who "think like farmers".

Signature _David J. Thrapfow_
Address _549 Beaver Dam Rd Honey Brook PA 19344_

Signature _Jacob F. Beiler_
Address _412 Rohrer Mill Rd. Ronks PA 17572_

Signature _Jonas E. Glick_
Address _435 Springville Rd Quarryville PA 17566_

Signature _Jonas E. Stoltzfus_
Address _546 Furnace Rd Quarryville PA 17566_

Signature _Jonas S. Esh_
Address _1451 Harmony Ridge RD Drumore PA 17518_

Signature _Amos S. Esh_
Address _1451 Harmony Ridge Rd Drumore PA 17518_

Signature _Isaac S. Esh_
Address _1516 Harmony Ridge Drumore 17518_

Signature _David J. King_
Address _1854 Susquahannock Drive Drumore PA 17518_

Signature _Benuel F. Allgyer_
Address _1820 Susquehannock Dr. Drumore PA 17518_

p. 4 of 7

Dear United States District Court for the District of Vermont:

I want to thank you for your decision on March 31 2015 to deny the proposed settlement of fifty million dollars.

Signature _Emanuel S Beiler_
Address _282 Pencroft Dr   Holtwood PA 17532_

Signature _Joseph B Esh_
Address _201 Pencroft Dr N   Holtwood PA 17532_

Signature _Omar D Kauffman_
Address _150 Drytown Rd   Holtwood PA 17532_

Signature _Levi B. Beiler_
Address _974 Bridgeton Rd   Airville Pa. 17302_

Signature _Abner L Stoltzfus_
Address _212 Cedar Hill Rd   Peach Bottom PA. 17563_

Signature _Ephraim F Esh_
Address _190 Bealone Meeting Rd   Peach Bottom PA 17563_

Signature _Daniel S Miller_
Address _68 S. Little Britian Rd   Nottingham PA 19362_

Signature _Amos S Smucker_
Address _4451 Forge Rd   Oxford PA 19363_

Signature _John K. Beiler_
Address _2827 Forge Rd   Nottingham PA 19362_

Dear United States District Court for the District of Vermont:

I want to thank you for your decision on March 31 2015 to deny the proposed settlement of fifty million dollars.

Signature  Aaron S. Fisher
Address  285 Lanc. Pike Oxford Pa. 19363
Signature  Amos S. Stoltzfus
Address  1033 Kirkwood Pike Quarryville PA 17566
Signature  Emanuel J Elwert
Address  630 Barren Rd Oxford PA 19363
Signature  Christ K. King
Address  110 Schoolhouse RD Landenberg PA 19350
Signature  Isaac S. Stoltzfus
Address  224 Dr. Miller RD North East MD 21901
Signature  Samuel K. Blank
Address  33 Park Rd. Nottingham Pa. 19362
Signature  Daniel E Stoltzfus
Address  60 Piccadilly Hill Rd Quarryville PA 17566
Signature  Lee F Miller
Address  5100 White Oak RD Paradise PA 17562
Signature _____
Address _____

p. 6 of 7

(842 unread) - haarvest@frontier.com - Frontier-Yahoo Mail
Case 5:09-cv-00230-cr Document 648-4 Filed 05/21/15 Page 7 of 7
Page 1 of 1
[SIMILARLY-SITUATED CLASS REPRESENTATIVES' MOTION – EXHIBIT 4 OF 4]



### NE Dairy Lit. (5)

**J Michael Eby**
To: haarvest@frontier.com
CC: Richard Swantak, Traci Huyck, Dana Zakarian, Joel Beckman, Phyllis Sitts, and 4 more...

> Show original message

Are you ready for this?

I visited for one hour this morning with this farmer who was harassed by his milk inspector (5-13-15) for being one of the 16 farmers to sign requesting the denial of settlement.
This Dairyman walked in my farm milk house while I was washing the milkers just this morning.

He was ready to write down a statement right there...but like an idiot I kept talking. He had the pen and paper in his hand. He was ready to write a simple question to the Judge asking why he was approached by Gary Ober his milk inspector on this issue.

Apparently he had gotten "cold feet" because he handed the blank piece of paper back as well as the pen. He is very concerned DFA may alter his milk testing in retaliation resulting in losing his market.

His comment to me was, "Well I have until June 1st...I want to sleep on it and talk with my wife. She is even more cautious then I am".

Jonathan, Let the Judge know about this. I will speak as a witness to his testimony if nothing else. My goal is to have in my hand on June 1st his written statement. I will hand deliver this to you.

For now here are the 50 plus farmers who agree with us in seeking new counsel.
Mike Eby

---

**haarvest@frontier.com**
To: J Michael Eby

Thank you - we're putting all this together for mailing right now. And don't worry about not having that statement right away. Just imagine something like that in front of a jury soon - with counsel who are not afraid to use it!

Will be in touch.
Joshua