# UNITED STATES DISTRICT COURT

DISTRICT OF     Vermont

Alice H. Allen et al

V.

Dairy Farmers of America et al

## EXHIBIT AND WITNESS LIST

Case Number: 5:9-cv-230

| PRESIDING JUDGE<br>Hon. Christina Reiss | | | PLAINTIFF'S ATTORNEY<br>R. Abrams, K. Pierson, B. Johnson, et | | DEFENDANT'S ATTORNEY<br>S. Kuney |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>4/20/2015   6/1/2015 | | | COURT REPORTER<br>Anne Pierce | | COURTROOM DEPUTY<br>Pat Casey   Jen Ruddy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | A | 4/20/2015 | y | y | Journal Sheets, Jonathan Haar |
|  | B | 4/20/2015 | y | n | Email, Jonathan Haar |
|  | C | 4/20/2015 | y | n | Notes: phone conversation, Jonathan Haar |
|  | D | 4/20/2015 | y | n | Testimony: Doug Ricker |
|  | E | 4/20/2015 | y | n | Letter: Donna Hall |
|  | F | 4/20/2015 | y | n | Letter: Mike Eby |
|  | G | 4/20/2015 | y | n | Letter: National Dairy Products |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 1 |  | 4/20/2015 |  |  | Transcript:  Fairness Hearing |
| 2 |  | 4/20/2015 |  |  | Transcript:  Deposition-Garrett Sitts |
| 3 |  | 4/20/2015 |  |  | Email string:  Foix, Sullivan, Allen, Sitts |
| 4 |  | 4/20/2015 |  |  | Opposition to Proposed Settlement |
| 5 |  | 4/20/2015 |  |  | Proposed Settlement |
| 6 |  | 4/20/2015 | y | y | Email:  Sullivan re: Alice Allen |
| 7 |  | 4/20/2015 | y | y | Email:  Haars |
| 8 |  | 4/20/2015 | y | n | Motion for New Counsel |
| 9 |  | 4/20/2015 | y | y | Trancript Excerpts-Depo Garrett Sitts:  pp 161-162, 172, & 217 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    4    Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | Alice H. Allen et al | | VS. | Dairy Farmers of America et al | CASE NO. 5:9-cv-230 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 10 | | 4/20/2015 | y | y | Transcript Excerpt-Depo Expert Witness Rausser: p 82 | |
| 11 | | 4/20/2015 | y | y | Dean Foods Document: cover page & Bates # ending 47 | |
| 12 | | 4/20/2015 | y | y | Email 8/4/2011 to class representatives: Dean Settlement Hearing | |
| 13 | | 4/20/2015 | y | y | Transcript Exerpt-Class Certification Hearing: p 105 | |
| 14 | | 4/20/2015 | y | y | Email: 9/30/2011 Pierson, Farah re: Sitts call | |
| 15 | | 4/20/2015 | y | y | Email: 12/28/2011 | |
| 16 | | 4/20/2015 | y | y | Email: 12/30/2011 | |
| 17 | | 4/20/2015 | y | y | Email: 1/22/2013 | |
| 18 | | 4/20/2015 | y | y | Email: 1/24/2013  Ben Brown | |
| 19 | | 4/20/2015 | y | y | Email: 1/24/2013  Terry Sullivan | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Alice H. Allen et al | vs. | Dairy Farmers of America et al | CASE NO. 5:9-cv-230 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/20/2015 | | | Ralph Sitts: sworn for Class Representatives |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | 4/20/2015 | | | Alice Allen: sworn for Class Counsel |
| | | 4/20/2015 | | | Kit Pierson: sworn for Class Counsel |

Page 3 of 4 Pages

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Alice H. Allen et al | | VS. | Dairy Farmers of America et al | CASE NO. 5:9-cv-230 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 6/1/2015 | y | y | Plaintiff's motion in Limine |
| 24 | | 6/1/2015 | y | y | Email from Mr. Brown to Mr. Pierson |
| 25 | | 6/1/2015 | y | y | copy of D. Hall Transcript-taken in conjunction with Ms. Hall's transcript submission to court |
| 26 | | 6/1/2015 | y | y | Farmshine Newsletter |
| | | | | | |
| PT | | | | | Petitioners Exhibits: |
| 20 | | 6/1/2015 | y | y | Exhibit-list of petitions submitted to court |
| 21 | | 6/1/2015 | y | | Exhbit-Letter submitted by J. Haar: Mr. Eshelman's statement |
| 22 | | 6/1/2015 | y | | Letter submitted by J. Haar |
| 200 | | 6/1/2015 | y | | Civil Rules of Procedure, Court Docket Sheets, Pro-Se Litigant Information |
| 201 | | 6/1/2015 | y | | Picture of DVD cover-Amazing Grace |
| 202 | | 6/1/2015 | y | | Copy of Plaintiff exhibit 7 |
| 203 | | 6/1/2015 | y | | Letter filed by the Haar's |
| 204 | | 6/1/2015 | y | | Email Document |
| | | | | | |
| | | | | | Witnesses |
| | | 6/1/2015 | | | Kit Pierson |
| | | 6/1/2015 | | | Benjamin Brown |
| | | 6/1/2015 | | | Andrew Manitsky |
| | | 6/1/2015 | | | Brent Johnson |
| | | 6/1/2015 | | | Garrett Sitts |