

Brent W. Johnson<br>
Partner<br>
(202) 589-2271<br>
bjohnson@cohenmilstein.com

December 23, 2015

Re:   *Allen v. DFA*, No. 5:09-CV-00230-cr, *Joint Report to Court Regarding Settlement*

Dear Judge Reiss:

    I have been authorized to write on behalf of all parties in the above-captioned matter. At the September 29, 2015, hearing in this matter, the Court requested a "joint report" regarding settlement within 90 days. The parties have signed a second amended settlement agreement. The Dairy Farmer Subclasses will move for preliminary approval of that new settlement agreement no later than January 15, 2016.

    Of the nine Subclass Representatives (represented as farms), six support the settlement and three are opposed to it. Those three are the farms of (1) Jonathan & Claudia Haar, (2) Richard Swantak, and (3) Ralph & Garret Sitts.

    If the Court would like to speak to counsel regarding this matter, all counsel will make themselves available at the Court's convenience.

Respectfully submitted,

**Cohen Milstein Sellers & Toll PLLC**

*/s/ Brent W. Johnson*
Brent W. Johnson

cc: All counsel of record by ECF filing

Cohen Milstein Sellers & Toll PLLC   1100 New York Ave. NW   Suite 500, East Tower   Washington, DC  20005
t 202.408.4600   f 202.408.4699   www.cohenmilstein.com