# EXHIBIT E

Legal Notice

# If Your Farm Produced and Pooled Grade A Milk In Federal Milk Marketing Order 1 Between 2002 and 2014

## You Could Get Money from a Class Action Settlement

A $50 million Settlement with Dairy Farmers of America, Inc. ("DFA") and Dairy Marketing Services, LLC ("DMS")  (the "Defendants") has been reached in a class action involving the price of raw Grade A milk that was produced and sold in the Northeast.  If approved by the Court, the Settlement will provide payments to dairy farmers who submit valid claim forms and you may be eligible.  The Settlement will also result in certain changes to the way DFA and DMS operate their businesses.

## What is the case about?

The lawsuit claims that Defendants unlawfully agreed and conspired with themselves and others to restrict competition in, and monopolize the market for, the marketing, sale, and purchase of raw Grade A milk in Federal Milk Market Order 1 ("Northeast").  The lawsuit seeks to recover money damages from DFA and DMS for allegedly suppressing the price of raw Grade A milk received by farmers, and to stop Defendants from engaging in any conduct the Court determines has unlawfully prevented competition for the sale and purchase of raw Grade A milk.  Defendants deny that they did anything wrong.

## Are you included?

In general, all dairy farmers, whether individuals or entities, who produced and pooled raw Grade A milk in Order 1 at any time from January 1, 2002 to the present are included in the class action.  The Court has certified two subclasses of Plaintiffs in this case:  a subclass of farmers who sell their milk through DFA or DMS, and a subclass of farmers who do not sell through DFA/DMS.  This Settlement provides money to both Subclasses.  See the detailed notice at the website for any exceptions to Subclass Membership.

## What Does the Settlement Provide?

Defendants have agreed to pay $50 million into a Settlement Fund.  After deducting attorneys' fees, costs, incentive fees for the dairy farmers who brought the lawsuit, and other fees, the net Settlement Fund will be distributed to Class Members who file valid claims.  The Settlement will also result in certain changes to Defendants' business practices.  If the Court approves this settlement, you will not be able to sue DFA and DMS, as well certain related entities, for the claims in this suit or related claims.

## How to Get a Payment?

**If you previously submitted a Claim in the previous 2014 DFA/DMS Settlement, and wish to receive payment here, you do NOT need to submit another Claim.**  If you did not submit a Claim, but wish to receive payment here, you must submit a Claim. You can get a Claim Form at www.NortheastDairyClass.com or by calling 1-855-460-1533. The deadline to submit a Claim Form is DATE. The amount of money you may receive will depend on the amount of raw Grade A milk you produced in and pooled on Order 1 from January 1, 2002 to December 12, 2014 as well as the number of valid claims that are received, and the fees, costs and expenses the Court approves. We don't know how many people will file claims; if 8,000 dairy farmers file a valid claim, the average payment per farmer is estimated to be approximately $4,000. Your payment could be more or less.

## Your Other Rights

If you do nothing, you will not be able to sue DFA or DMS for any claim relating to the lawsuit. If you want to be able to sue DFA or DMS for any claim relating to this suit, you must exclude yourself from this Settlement.  You may support or object to the Settlement by DATE.  The Court will hold a hearing on DATE,to consider whether to approve the Settlement and a request by the Class lawyers for one-third of the settlement amount ($16.66 million) in attorneys' fees, plus costs, expenses, and incentive fees of up to $20,000 for each of the dairy farms that brought the lawsuit. You do not need to attend the hearing.  If you wish, you or your own lawyer may ask to appear and speak at the hearing at your own cost.  You can get more information at www.NortheastDairyClass.com; by calling 1-855-460-1533; or by writing to: Northeast Dairy Farmer Class, c/o Rust Consulting, Inc., PO Box 2958, Faribault, MN  55021-2958.