UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, et al<br>     *Plaintiffs*<br><br>VS.<br><br>DAIRY FARMERS OF AMERICA, INC., and<br>DAIRY MARKETING SERVICES, LLC | CIVIL ACTION<br>DOCKET NO. 5:09-CV-00230 |

### ADDITIONAL NAMED REPRESENTATIVES STEPHEN H. TAYLOR AND DARREL J. AUBERTINE'S ALTERNATIVE MOTION FOR AWARD OF OVERALL ATTORNEYS' FEES, FOR INCENTIVE AWARD AND DIVISION OF SUCH FEES AMONG CLASS COUNSEL

Pursuant to F.R.C.P. 23, Additional Named Representatives Stephen H. Taylor and Darrel J. Aubertine, through Additional Subclass Counsel Daniel Smith, Esq. and Richard T. Cassidy, Esq., respectfully move this Court for entry of an Order providing as set out below:

1. That Lead Counsel be awarded attorneys' fee Award in the amount of $11.5 million dollars;

2. That the Additional Named Representatives be awarded incentive fees of $20,000 each; and

3. That Additional Subclass Counsel be awarded attorneys' fees in the amount of $500,000, together with their expenses.

Additional Named Representatives respectfully request the attorneys' fee awards, incentive awards, reimbursement of expenses and be disbursed from the DFA/DMS Settlement fund.

In support of this Motion, the Additional Named Representatives submit the attached Memorandum of Law and the Declarations of Daniel Smith and Richard T. Cassidy.



HOFF CURTIS

P.O. Box 1124
Burlington, Vermont
05402-1124

Dated at Montpelier, Vermont this 24th day of March, 2016.

        STEPHEN H. TAYLOR and DARREL J. AUBERTINE

        BY:   *s/Daniel Smith*
                  Daniel Smith, Esq.

Dated at Burlington, Vermont this 24th day of March, 2016.

        BY:   *s/Richard T. Cassidy*
                  Richard T. Cassidy, Esq.



HOFF CURTIS

P.O. Box 1124
Burlington, Vermont
05402-1124