# Exhibit A

*Alice Allen v. Dairy Farmers of America, Inc. et al*

Firm Name: Law Offices of Daniel Smith, Esq.

Reporting Period: April 10, 2015 – March 24, 2015

| Name | \[1\] | \[2\] | \[3\] | \[4\] | \[5\] | \[6\] | \[7\] | \[8\] | \[9\] | \[10\] | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Smith | 88.8 | 0 | 101.3 | 3.7 | 349.7 | 0 | 0 | 0 | 0 | 14.3 | 557.7 | $300 | $167,310.00 |
| Total | 88.8 | 0 | 101.3 | 3.7 | 349.7 | 0 | 0 | 0 | 0 | 14.3 | 557.7 | $300 | $167,310.00 |

Time Category:

[1] Investigations, Factual & Legal Research

[2] Discovery, Document Management and Depositions

[3] Pleadings, Briefs and Pretrial Motions

[4] Court Appearances Administration

[5] Settlement Communication

[6] Litigation Strategy and Analysis

[7] Class Certification

[8] Trial Preparation and Trial

[9] Case Management and

[10] Third Party



HOFF CURTIS

P.O. Box 1124
Burlington, Vermont
05402-1124