Exhibit B

*Alice Allen v. Dairy Farmers of America, Inc. et al*

Firm Name: Law Offices of Daniel Smith, Esq.

**Expense Report and Summary of Fees and Expenses**

Reporting Period: April 10, 2015 – March 24, 2015

| Category | Cumulative Expenses |
|---|---|
| Travel, Food and Lodging | $ 4,200.25 |
| Total Expenses | $ 4,205.25 |

**Summary of Fees and Expenses**

| | |
|---|---|
| Total Expenses | $ 4,200.25 |
| Total Fees | 167,310.00 |
| Total Fees and Expenses | $171,510.25 |



HOFF CURTIS

P.O. Box 1124
Burlington, Vermont
05402-1124