# Exhibit A

*Alice Allen v. Dairy Farmers of America, Inc. et al*

<u>Firm Name</u>: Hoff Curtis, P.C.

<u>Reporting Period</u>: April 29, 2015 – March 24, 2015

| Name | Status | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Cumulative Hours | Rate | Lodestar |
| Cassidy, Richard | Shareholder | 2 | 0 | 41.7 | 4.6 | 60.8 | 21 | 0 | 0 | 0.8 | 0 | 130.9 | $300 | $39,270 |
| Shagam, Matthew | Associate | 1.4 | 5.6 | 52.7 | 0 | 0.6 | 0 | 0 | 0 | 1.2 | 0 | 61.5 | $140 | $8,610 |
| Totals | | 3.4 | 5.6 | 94.4 | 4.6 | 61.4 | 21 | 0 | 0 | 2 | 0 | 192.4 | | $47,880 |

Time Categories:

1. Investigation, Factual & Legal Research
2. Discovery, Document Management, and Depositions
3. Pleadings, Briefs, and Pretrial Motions
4. Court Appearances
5. Settlement
6. Litigation and Strategy and Analysis
7. Class Certification
8. Trial Preparation
9. Case Management and Administration
10. Third Party Communication