# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **ALICE H. ALLEN, et al.,** )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>**DAIRY FARMERS OF AMERICA, INC., and** )<br>**DAIRY MARKETING SERVICES, LLC,** )<br>)<br>   Defendants. ) | Civil Action No. 5:09–CV–00230–cr |

## DAIRY FARMER SUBCLASSES' MOTION FOR FINAL APPROVAL OF DECEMBER 2015 SETTLEMENT WITH DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND DAIRY MARKETING SERVICES, LLC

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the Dairy Farmer Subclasses, through Subclass Counsel, hereby move for a judgment and final order approving the Settlement with Defendants Dairy Farmers of America, Inc. ("DFA) and Dairy Marketing Services, LLC ("DMS"). In support of this motion, the Dairy Farmer Subclasses rely on the accompanying Memorandum of Law and exhibits submitted herewith.

Dated:  May 9, 2016 Respectfully Submitted,

*/s/ Robert G. Abrams* /s/ *Kit A. Pierson*

| Robert G. Abrams, Esq. | Kit A. Pierson, Esq. |
|---|---|

Robert G. Abrams, Esq.
Robert J. Brookhiser, Esq.
Gregory J. Commins, Jr., Esq.
Terry L. Sullivan, Esq.
Danyll W. Foix, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Ave., N.W.
Washington, DC  20036
202-862-1500
rabrams@bakerlaw.com
rbrookhiser@bakerlaw.com
gcommins@bakerlaw.com
tsullivan@bakerlaw.com
dfoix@bakerlaw.com

Emily J. Joselson, Esq.
Lisa B. Shelkrot, Esq.
Langrock Sperry & Wool, LLP
210 College St.
P.O. Box 721
Burlington, VT 05402-0721
(802) 864-0217
ejoselson@langrock.com
lshelkrot@langrock.com

*Counsel for the non-DFA/DMS Subclass*

Kit A. Pierson, Esq.
Benjamin D. Brown, Esq.
Brent W. Johnson, Esq.
Emmy L. Levens, Esq.
Cohen Milstein Sellers & Toll, PLLC
1100 New York Ave., N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
kpierson@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
elevens@cohenmilstein.com

David A. Balto, Esq.
The Law Offices of David A. Balto
1350 I St,, N.W., Suite 850
Washington, DC 20005
(202) 789-5424
david.balto@yahoo.com

Andrew D. Manitsky, Esq.
Gravel and Shea PC
76 St. Paul St., 7th Floor,
P.O. Box 369
Burlington, VT  05402
(802) 658-0220
amanitsky@gravelshea.com

*Counsel for the DFA/DMS Subclass*

## CERTIFICATE OF SERVICE

I certify that on the 9th day of May, 2016, a true and correct copy of the foregoing: "Dairy Farmer Subclasses' Motion for Final Approval of December 2015 Settlement with Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC" and related materials were served by operation of the electronic filing system of the U.S. District Court for the District of Vermont upon all counsel who have consented to receive notice of filings in the matters styled *Allen, et al. v. Dairy Farmers of America, et al.*, Case No. 5:09-cv-00230-cr.

/s/ Brent W. Johnson
Brent W. Johnson