United States District Court
for the District of Vermont
Civil Action No. 5:09-CV-00230-cr
Appellate Docket No. 16-1944

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2016 SEP -9 PM 1: 03
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| ALICE H. ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Amended Notice of Appeal |
| DAIRY FARMERS OF AMERICA, INC., and ) | |
| DAIRY MARKETING SERVICES, LLC, ) | |
| ) | |
| Defendants. ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that DFA/DMS Subclass Representatives Jonathan and Claudia Haar, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from Docket Entry #2118, ORDER Granting 2117 UNOPPOSED MOTION For An Order Identifying Subclass Exclusions And Opt-Ins, Dismissing The Class Action Claims As To Defendants, Directing Entry Of Final Judgment, And Approving The Settlement Allocation Plan, entered in this action on the 19th day of August, 2016.

Respectfully submitted,

_____ September 2/16         Claudia Haar 9/2/16

Jonathan Haar                    Claudia Haar
1495 Paddock Rd.                 1495 Paddock Rd.
West Edmeston, NY 13485          West Edmeston, NY 13485
(315) 855-4465                   (315) 855-4465
haarvest@frontier.com            haarvest@frontier.com