**CERTIFIED MAIL**

JONATHAN HAAR
HAARVEST FARMS
FRESH FREE RANGE
1495 PADDOCK RD
WEST EDMESTON NY 13485
13485

7015 0640 0004 9227 9468


$ 006.47
001786890  SEP 02 2016
MAILED FROM ZIP CODE 13485

1st NOTICE 9-6-16
2nd NOTICE _____
RETURNED _____

RETURN RECEIPT REQUESTED

Clerk of Appeals
U.S. District Court of Vermont (PO Box P.C. 945)
11 Elmwood Ave.
Burlington, VT 05401

first class

05401-436699