UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| ALICE H. ALLEN AND LAURENCE E. ALLEN, ET AL., <br>     Plaintiff, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., AND DAIRY MARKETING SERVICES, LLC, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   Docket No. 5:09-cv-00230 <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF APPEAL

**Notice is hereby** given that Stephen H. Taylor and Darrel J. Aubertine, Intervenors, and Daniel J. Smith and Richard T. Cassidy, Subclass Counsel, in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Entry Order Granting In Part And Denying In Part Subclass Counsel's Motion For Approval Of Proposed Allocation Of Attorneys' Fees And Granting In Part And Denying In Part Intervenor Counsel's Cross-Motion For Attorneys' Fees entered in this action of the 18th day of December, 2018.

Dated at Burlington, Vermont, this 15th day of January 2019.

                                      */s/Richard T. Cassidy*
                                      Richard T. Cassidy
                                      Rich Cassidy Law
                                      1233 Shelburne Road, Suite D5
                                      South Burlington, VT 05403
                                      (802) 864-8144
                                      rich@richcassidylaw.com

Dated at Montpelier, Vermont, this 15th day of January 2019.

                                      */s/Daniel J. Smith*
                                      Daniel J. Smith
                                      16 Main St., 3rd. Floor
                                      1233 Shelburne Road, Suite D5
                                      Montpelier, VT 05602
                                      (802) -229-6661
                                      dsmith@gmavt.net

