NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Alice H. Allen, et al.,

     v.    Case No. 5:09-cv-230

Dairy Farmers of America, et al

TAKE NOTICE that the above-entitled case has been scheduled at 3:00 p.m., on, Wednesday, February 20, 2019, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Telephone Conference.

| | |
|---|---|
| Location: 542 | JEFFREY S. EATON, Clerk |
| | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 2/6/2019 |

TO:

| | |
|---|---|
| Andrew Manitsky, Esq. | Alfred Pfeiffer, Esq. |
| Brent Johnson, Esq. | Amber McDonald, Esq. |
| Danyll Foix, Esq. | Carl Metz, Esq. |
| Emily Joselson, Esq. | Elyse Greenwald, Esq. |
| Gregory Commins, Jr., Esq. | Ian Carleton, Esq. |
| Kit Pierson, Esq. | Jennifer Giordano, Esq. |
| Lisa Shelkrot, Esq. | Jonathan Pitt, Esq. |
| Robert Abrams, Esq. | Kevin Hardy, Esq. |
| Robert Brookhiser, Esq. | Lauren Collogan, Esq. |
| Terry Sullivan, Esq. | Peggy Zwisler, Esq. |
| Daniel Smith, Esq. | R. Jeffrey Behm, Esq. |
| Richard Cassidy, Esq. | Steven Kuney, Esq. |
| | W. Todd Miller, Esq. |

Anne Pierce, Court Reporter